IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

```
-------------------------------------------------------------X
In re:                                                       :      Chapter 7
                                                             :
Robert William Cook, Jr.                                     :      Case No.  25-19270-MCR
         Debtor.                                             :
                                                             :
-------------------------------------------------------------X
```

### ORDER SUSTAINING
### OBJECTION TO PROOF OF CLAIM #3 (LVNV Funding, LLC)

Upon consideration of the objection of the Debtor to Proof of Claim #3 filed in this case by LVNV Funding, LLC, and any response thereto, and it appearing that the claim is time barred and not owed, it is hereby

ORDERED that proof of claim #3 is DISALLOWED.

Copies to:

LVNV Funding, LLC
Attn. Alexica Marche' Thomason
, Claims Processor
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Debtor's Counsel (by CM/ECF)
Trustee (by CM/ECF)

End of Order