UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Greenbelt Division)

```
-------------------------------------------------------------X
In re:                                              :   Chapter 13
                                                    :
Robert W. Cook Jr.                                  :   Case No.  25-19270
            Debtor.                                 :
                                                    :
-------------------------------------------------------------X
                                                    *
Robert W. Cook Jr.                                  *
                                                    *
        Movant                                      *
v.                                                  *
                                                    *
THE ASSET RECOVERY GROUP, LLC                       *
T/A THE JUDGMENT GROUP                              *
ASSIGNEE FOR DEL&DEL PROPERTY                       *
                                                    *
        Respondent                                  *
                                                    *
```

**MOTION TO AVOID JUDICIAL LIEN OF THE ASSET RECOVERY GROUP, LLC T/A THE JUDGMENT GROUP ON DEBTOR'S REAL PROPERTY**

NOW COMES Debtor, Robert W. Cook Jr., and moves pursuant to 11 U.S.C. § 522(f) to avoid the judicial lien of The Asset Recovery Group, LLC t/a The Judgment Group, assignee of DEL&DEL Property.  In support of this Motion, Debtor states as follows:

1. This Court has jurisdiction over this proceeding under 28 U.S.C. §§ 1334 and 157.  This is a core proceeding.

2. The Debtor filed this case under Chapter 13 on October 4, 2025.

3. Debtor is the owner, in fee simple, of real property at 17905 Laurel Run Rd. SW, Barton MD 21521 (the "Property" or "Debtor's Residence").  See Exhibit 1 (Deed).

The value of the Property, per the October 2, 2025 Comparative Market Analysis filed herewith as Exhibit A, is no more than $32,000.  The Property. which is the Debtor's principal residence, is exemptible in the amount of at least $27,900 pursuant to ACM, C & JP § 11-504 (f)(1)(i)(2)(A).

4. On June 8, 2016, judgment was entered in favor of DEL&DEL PROPERTY in the District Court of Maryland for Allegany County, Case No. 12-01-0000390-2016, in the amount of $6611.  The judgment was docketed in the Circuit Court for Allegany County on April 21. 2021, case no. C-01-JG-21-000088 (the "Judgment"), thereby creating a judicial lien on the Debtor's Residence.  The Judgment was assigned of record to The Judgment Group, a registered trade name of Respondent The Asset Recovery Group, LLC, on April 2, 2019.  Copies of the District Court and Circuit Court dockets are attached as Exhibits 3 and 4.

5. The Debtor's Residence was, at the time of filing, encumbered by the following liens senior in priority to the judicial lien at issue:

| Lien Creditor/Servicer | Amount | Deed Book/Page or or Judgment Case No. | Date |
|---|---|---|---|
| Freedom Mortgage Corp. | $91,799.95 | 2433/429 | 12/18/18 (purchase money) |
| State of MD | $1295 | 01-P-05-004693 | 5/17/06 |
| State of MD/Amy Brown | $160 | 01-K-12-014820JG | 4/25/13 |

Copies of the Deed of Trust, Freedom Mortgage's Objection to Confirmation in Debtor's prior case, stating the balance due, and the judgment lien dockets, are attached as Exhibits 5-8, respectively.

.

6. Accordingly, because the total of the Debtor's exemption entitlement and the amount of the prior liens ($121,154.95) exceeds the value of the property ($32,000), the judicial lien is completely avoidable from the real property under 11 U.S.C. § 522(f) as impairing the Debtor's exemption. *In re Canelos*, 216 BR 159 (Bankr. D. Md. 1997). Because the amount by which the exemption is impaired under the mathematical formula exceeds the amount of the judgment lien, the judgment lien must be avoided in its entirety pursuant to 11 U.S.C. § 522(f)(1)(A) and (2). *In re Raskin*, 505 B.R. 684 (Bankr. D. Md. 2014).

WHEREFORE, Debtor respectfully requests that the Court enter an Order avoiding in its entirety the judicial lien of The Asset Recovery Group, LLC t/a The Judgment Group, assignee of DEL&DEL Property, against the Debtor's Residence.

Respectfully submitted,

 /s/ Daniel M. Press
Daniel M. Press, #07300
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com

**CERTIFICATE OF SERVICE**

I certify that on the 21st day of October, 2025, copies of the Motion to Avoid Judicial Lien and accompanying Notice were served upon the Respondent(s) whose name(s) and address(es) are set forth below, by first class mail, postage prepaid, addressed to:

The Asset Recovery Group, LLC
t/a The Judgment Group
SUSAN WILSON, Resident Agent
1003 BUTTERWORTH COURT
STEVENSVILLE MD 21666

                                              /s/Daniel M. Press
                                           Daniel M. Press
                                           CHUNG & PRESS, P.C.
                                           6718 Whittier Avenue, Suite 200
                                           McLean, Virginia 22101
                                           (703) 734-3800