Tax ID No. 10-016355

THIS DEED is made this 7th day of December, 2018, by and between **Ronald Lee Winstead and Robin Ann Winstead,** Grantors, and **Robert W. Cook, Jr.,** Grantee.

**WHEREAS**: Florence Warnick departed this life on June 19, 1994 therefore her life estate interest is terminated.

### WITNESSETH

**THAT** for the consideration of Eighty-Five Thousand Dollars ($85,000.00), and other good and valuable consideration, receipt whereof is hereby acknowledged, the Grantors do hereby give, grant, bargain and sell, release, convey and confirm unto the Grantee, his heirs and assigns, all of their right, title, interest and claim in and to the following property:

**ALL** that lot or parcel of ground situated on Laurel Run in Allegany County, Maryland,

**BEGINNING** at a stone standing at the end of the second line of that lot or parcel of ground which was sold and conveyed by Franklin P. Green and wife, to Clarence H. Green and wife, by Deed dated October 12, 1917, and recorded in Liber 124, Folio 106, one of the Land Records of Allegany County, Maryland, and running with the third line also part of the fourth line, South 62-3/4° West 317 feet to a stake; thence South 36° 52' East 165.7 feet, then leaving said fourth line and running through the whole lot North 60° 00' East 291.6 feet to a point 150 feet on the second line of the aforesaid whole lot, and with the remainder of said second line North 2R° 00' West 150 feet to the BEGINNING.

**IT BEING** the same property conveyed unto Ronald Lee Winstead and Robin Ann Winstead, reserving a life estate to Florence Warnick from Harry T. Warnick and Mary F. Kiddy by deed dated September 10, 1992 and recorded in Liber No. 604, Folio 584 among the Land Records of Allegany County, Maryland.

TOGETHER with the buildings and improvements thereon, and the rights, roads, ways, waters, privileges and appurtenances thereunto belonging or in anywise appertaining.

TO HAVE AND TO HOLD the above described property unto the said Grantee, his heirs and assigns, forever in fee simple.

AND the said Grantors do hereby covenant that they will warrant specially the property hereby conveyed and granted, and that they will execute such other and further assurances of the property as may be required.

WITNESS the due execution thereof the day and year first above written.

WITNESS:

_____     _____
                              Ronald Lee Winstead

_____     _____
                              Robin Ann Winstead

This is to certify that, according to the records of the Allegany County Tax & Utility Office, there are no taxes due on the property account numbers(s) provided on the intake sheet recorded with this deed
Account(s)# 10-016355

_____  12/14/18
Allegany County Tax office           Date

STATE OF __Maryland__,
COUNTY OF __Allegany__, TO WIT:

I HEREBY CERTIFY that on this __7th__ day of __December__, 2018, before me, the undersigned officer, a Notary Public in and for the State and County aforesaid, personally appeared Ronald Lee Winstead and Robin Ann Winstead known to me, or satisfactorily proven, to be the person whose names are subscribed to the within instrument, and acknowledged that they executed the same for the purposes therein contained, and further certified under the penalties of perjury that the true and actual consideration, including the amount of any mortgage or deed of trust assumed by the Grantee, is Eighty-Five Thousand Dollars ($85,000.00).

IN WITNESS WHEREOF, I have hereunto set my hand and official seal.

[Notary Seal: JENNIFER L. DAVIS, NOTARY PUBLIC, ALLEGANY COUNTY, MARYLAND, EXP. 7-26-2020]

_____
NOTARY PUBLIC
My Commission Expires: __7/26/2020__

I HEREBY CERTIFY THAT THIS INSTRUMENT WAS PREPARED BY THE UNDERSIGNED ATTORNEY ADMITTED TO PRACTICE LAW IN THE STATE OF MARYLAND, OR UNDER THAT ATTORNEY'S SUPERVISION. THE UNDERSIGNED ATTORNEY DID NOT PERFORM, ASSIST IN OR SUPERVISE THE TITLE EXAMINATION OR CLOSING.

*/s/ Michael Llewellyn*
MARYLAND ATTORNEY
Michael A. Llewellyn, Esquire

```
LR - Deed (w Taxes)
Recording Fee - ALL
                      20.00
Name: cook
Ref:
LR - County Transfer
Tax - linked    175.00
LR - Surcharge -
linked           40.00
LR - Recordation Tax -
linked          595.00
LR - State Transfer
Tax - linked    212.50
LR - NR Tax - lkd 0.00
=========================
SubTotal:      1,042.50
=========================
Total:         1,109.50
12/18/2018   12:10
                  CC01-MC
#11415896 CC0401 -
Allegany
County/CC04.01.02 -
Register 02
```

| MARYLAND FORM WH-AR | Certification of Exemption from Withholding Upon Disposition of Maryland Real Estate Affidavit of Residence or Principal Residence | 2018 |

Based on the certification below, Transferor claims exemption from the tax withholding requirements of §10-912 of the Tax-General Article, Annotated Code of Maryland. Section 10-912 provides that certain tax payments must be withheld and paid when a deed or other instrument that effects a change in ownership of real property is presented for recordation. The requirements of §10-912 do not apply when a transferor provides a certification of Maryland residence or certification that the transferred property is the transferor's principal residence.

1. **Transferor Information**
   Name of Transferor: Ronald L. Winstead

2. **Reasons for Exemption**

   **Resident Status** ☐ As of the date this form is signed, I, Transferor, am a resident of the State of Maryland.

   ☐ Transferor is a resident entity as defined in Code of Maryland Regulations (COMAR)03.04.12.02B(11), I am an agent of Transferor, and I have authority to sign this document on Transferor's behalf.

   **Principal Residence** ✔ Although I am no longer a resident of the State of Maryland, the Property is my principal residence as defined in IRC 121 (principal residence for 2 (two) of the last 5 (five) years) and is currently recorded as such with the State Department of Assessments and Taxation.

   Under penalty of perjury, I certify that I have examined this declaration and that, to the best of my knowledge, it is true, correct, and complete.

3a. **Individual Transferors**

   [signature] Witness

   Name: Ronald L. Winstead    **Date: DEC 7 2018
   [signature] Signature

3b. **Entity Transferors**

   Witness/Attest

   Name of Entity
   By
   Name    **Date
   Title

** Form must be dated to be valid.
Note: Form is only valid if recordation occurs within 60 days of execution of this form.

18-49

| MARYLAND FORM **WH-AR** | Certification of Exemption from Withholding Upon Disposition of Maryland Real Estate Affidavit of Residence or Principal Residence | **2018** |

Based on the certification below, Transferor claims exemption from the tax withholding requirements of §10-912 of the Tax-General Article, Annotated Code of Maryland. Section 10-912 provides that certain tax payments must be withheld and paid when a deed or other instrument that effects a change in ownership of real property is presented for recordation. The requirements of §10-912 do not apply when a transferor provides a certification of Maryland residence or certification that the transferred property is the transferor's principal residence.

**1. Transferor Information**
Name of Transferor: Robin A. Winstead

**2. Reasons for Exemption**

**Resident Status** ☐ As of the date this form is signed, I, Transferor, am a resident of the State of Maryland.

☐ Transferor is a resident entity as defined in Code of Maryland Regulations (COMAR)03.04.12.02B(11), I am an agent of Transferor, and I have authority to sign this document on Transferor's behalf.

**Principal Residence** ☑ Although I am no longer a resident of the State of Maryland, the Property is my principal residence as defined in IRC 121 (principal residence for 2 (two) of the last 5 (five) years) and is currently recorded as such with the State Department of Assessments and Taxation.

Under penalty of perjury, I certify that I have examined this declaration and that, to the best of my knowledge, it is true, correct, and complete.

**3a. Individual Transferors**

_[signature]_
Witness

Name: Robin A. Winstead
Signature: _[Robin A. Winstead signature]_    **Date: Dec. 7, 2018**

**3b. Entity Transferors**

Witness/Attest: _____

Name of Entity: _____
By: _____
Name: _____    **Date:**
Title: _____

** Form must be dated to be valid.
**Note:** Form is only valid if recordation occurs within 60 days of execution of this form.

18-49

## AFFIDAVIT MADE PURSUANT TO 12-103(b) AND 13-203 OF THE TAX PROPERTY ARTICLE OF THE ANNOTATED CODE OF MARYLAND

**THE** undersigned Grantee(s) being the purchaser of the property known as:

17905 Laurel Run Road SW Barton, MD 21521

Makes oath in due form of law and under penalties of perjury that the following is true to the best of their knowledge, information and belief of the Grantee, in accordance with Sections 13-103(b) and 13-203 of the Tax Property Article of the Annotated Code of Maryland, as follows:

1. That I/we are a First-Time Maryland Homebuyer, having never owned real property in the State of Maryland.
2. That I/we will occupy the property as my/our primary residence.

_____
Robert W. Cook, Jr.

Dated this the 7th day of December, 2018.

STATE OF MARYLAND
Allegany COUNTY, TO-WIT

I HEREBY CERTIFY that on this the 7th day of December, 2018, before me, the undersigned, a Notary Public in the State of Maryland, and for Allegany County, Maryland, personally appeared Robert W. Cook, Jr. to me to be the person(s) described in the foregoing instrument and made oath in due form of law and under penalties of perjury, that the matters and facts set forth herein are true.

As witness, my hand and notarial seal.

[Notary seal: JENNIFER L. DAVIS, NOTARY PUBLIC, ALLEGANY COUNTY, MARYLAND, EXP. 7-26-2020]

_____
NOTARY PUBLIC
My Commission Expires 7/26/2020

# State of Maryland Land Instrument Intake Sheet

☐ Baltimore City  ☑ County: Allegany

*Information provided is for the use of the Clerk's Office, State Department of Assessments and Taxation, and County Finance Office Only.*
(Type or Print in Black Ink Only—All Copies Must Be Legible)

### 1. Type(s) of Instruments

( ☐ Check Box if addendum Intake Form is Attached.)

| 1 | Deed | Mortgage | Other _____ | Other _____ |
|---|---|---|---|---|
| 2 | Deed of Trust | Lease | | |

### 2. Conveyance Type — Check Box

| Improved Sale Arms-Length [1] | Unimproved Sale Arms-Length [2] | Multiple Accounts Arms-Length [3] | Not an Arms-Length Sale [9] |
|---|---|---|---|

### 3. Tax Exemptions (if applicable) Cite or Explain Authority

| Recordation | |
|---|---|
| State Transfer | |
| County Transfer | |

### 4. Consideration and Tax Calculations

| Consideration Amount | | Finance Office Use Only — Transfer and Recordation Tax Consideration | |
|---|---|---|---|
| Purchase Price/Consideration | $ 85,000.00 | Transfer Tax Consideration | $ |
| Any New Mortgage | $ 85,858.00 | X ( ) % = | $ |
| Balance of Existing Mortgage | $ | Less Exemption Amount − | $ |
| Other: | $ | Total Transfer Tax = | $ |
| Other: | $ | Recordation Tax Consideration | $ |
| | | X ( ) per $500 = | $ |
| Full Cash Value: | $ | TOTAL DUE | $ |

### 5. Fees

| Amount of Fees | Doc. 1 | Doc. 2 | |
|---|---|---|---|
| Recording Charge | $ 60.00 | $ 60.00 | Agent: |
| Surcharge | $ | $ | Tax Bill: |
| State Recordation Tax | $ 602.00 | $ | |
| State Transfer Tax | $ 212.50 | $ | C.B. Credit: |
| County Transfer Tax | $ 175.00 | $ | |
| Other | $ | $ | Ag. Tax/Other: |
| Other | $ | $ | |

### 6. Description of Property

SDAT requires submission of all applicable information. A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i).

| District | Property Tax ID No. (1) | Grantor Liber/Folio | Map | Parcel No. | Var. LOG |
|---|---|---|---|---|---|
| 10 | 016355 | 604/584 | | | ☐ (5) |
| Subdivision Name | | Lot (3a) | Block (3b) | Sect/AR (3c) | Plat Ref. | SqFt/Acreage (4) |

Location/Address of Property Being Conveyed (2): 17905 Laurel Run Road SW Cumberland, MD 21502

Other Property Identifiers (if applicable): | Water Meter Account No.:

Residential ☑ or Non-Residential ☐    Fee Simple ☐ or Ground Rent ☐ Amount:
Partial Conveyance? ☐ Yes ☑ No   Description/Amt. of SqFt/Acreage Transferred:

If Partial Conveyance, List Improvements Conveyed:

### 7. Transferred From

| Doc. 1 – Grantor(s) Name(s) | Doc. 2 – Grantor(s) Name(s) |
|---|---|
| Ronald Lee Winstead and Robin Ann Winstead | Robert W. Cook, Jr. |
| Doc. 1 – Owner(s) of Record, if Different from Grantor(s) | Doc. 2 – Owner(s) of Record, if Different from Grantor(s) |

### 8. Transferred To

| Doc. 1 – Grantee(s) Name(s) | Doc. 2 – Grantee(s) Name(s) |
|---|---|
| Robert W. Cook Jr. | Alcova Mortgage, LLC. |

New Owner's (Grantee) Mailing Address: 17905 Laurel Run Road SW Cumberland, MD 21502

### 9. Other Names to Be Indexed

| Doc. 1 – Additional Names to be Indexed (Optional) | Doc. 2 – Additional Names to be Indexed (Optional) |
|---|---|
| | |

### 10. Contact/Mail Information

Instrument Submitted By or Contact Person
Name: Robert W. Cook
Firm:
Address: 17905 Laurel Run Road SW Cumberland, MD 21502
Phone: ( )

☐ Return to Contact Person
☐ Hold for Pickup
☑ Return Address Provided

### 11. Assessment Information

**IMPORTANT: BOTH THE ORIGINAL DEED AND A PHOTOCOPY MUST ACCOMPANY EACH TRANSFER**

☑ Yes ☐ No  Will the property being conveyed be the grantee's principal residence?
☐ Yes ☑ No  Does transfer include personal property? If yes, identify: _____
☐ Yes ☑ No  Was property surveyed? If yes, attach copy of survey (if recorded, no copy required).

### Assessment Use Only — Do Not Write Below This Line

| Terminal Verification | Agricultural Verification | Whole | Part | Tran. Process Verification |
|---|---|---|---|---|
| Transfer Number | Date Received: | Deed Reference: | | Assigned Property No.: |

| Year | 20 | 20 | Geo. | Map | Sub | Block |
|---|---|---|---|---|---|---|
| Land | | | Zoning | Grid | Plat | Lot |
| Buildings | | | Use | Parcel | Section | Occ. Cd. |
| Total | | | Town Cd. | Ex. St. | Ex. Cd. | |

REMARKS:

Distribution: White – Clerk's Office    Canary – SDAT    AOC-CC-300 (5/2007)
Pink – Office of Finance    Goldenrod – Preparer