# Comparative Market Analysis



| Researched and prepared by | Subject Property |
|---|---|
| Seth LOAR | 17905 Laurel Run Rd SW |
| | Barton, MD 21521 |
| Prepared exclusively for | |
| Robert Cook | |



**Seth LOAR**
Coldwell Banker Premier
131 N Centre St
Cumberland, MD 21502
seth_loar@hotmail.com

Copyright: BRIGHT MLS© 2025 All rights reserved.
This analysis is not an appraisal. It is intended only for the purpose of assisting buyers or sellers or prospective buyers or sellers in deciding the listing, offering, or sale price of the real property.

# CMA Price Adjustments

Thursday, October 2, 2025

This page outlines the subject property versus comparables properties.

  

| | Subject Property | Details | Adjust | Details | Adjust |
|---|---|---|---|---|---|
| | 17905 Laurel Run Rd SW | 18918 Bradley St | | 10 W Florida Way | |
| MLS# | 0110016355 | MDAL2011856 | | MDAL2010894 | |
| Status | Public Record Comparable | Closed | | Closed | |
| Prop Type | RES | Residential | | Residential | |
| City | Barton | Barton | | Lonaconing | |
| Sch District | Allegany County Public Sch | Allegany County Public Schools | | Allegany County Public Schools | |
| Subdiv/Neigh | | NONE AVAILABLE | | NONE AVAILABLE | |
| Ownership | Fee Simple | Fee Simple | | Fee Simple | |
| Style | Farmhouse | Colonial | | Traditional | |
| Structure Type | Detached | Detached | | Detached | |
| Year Built | 1925 | 1920 | | 1920 | |
| Taxes/Tax Yr | $1,128.00 | $1,460 / 2024 | | $984 / 2024 | |
| Assessed Val | $116,800 | $115,500 | | $93,133 | |
| List Date | | 05/28/2025 | | 02/04/2025 | |
| Closed Date | 12/18/2018 | 09/04/2025 | | 03/14/2025 | |
| DOM/CDOM | --/ | 79/79 | | 15/15 | |
| List Price | | $44,900 | | $39,900 | |
| Closed Price | $85,000 | $35,000 | | $42,154 | |
| Concessions | $0.00 | $0.00 | 0 | $0.00 | 0 |
| Abv Grd FinSF | 1424 | 2,000 | -5,760 | 1,664 | -2,400 |
| Blw Grd FinSF | | 0 | | 0 | |
| $/SqFt | $49.00 | $17.50 | | $25.33 | |
| Acres | 1.15 | 0.200 | | 0.250 | |
| Beds | 3 | 3 | | 3 | |
| Baths | 1 / | 1 | | 2 | -3,000/0 |
| Bsmnt Type | Other | Unfinished | | Full, Interior Access, Unfinished | |
| Garage Spcs | 2 | 0 | 3,000 | 2 | |
| Parking | Garage, Driveway | | | Concrete Driveway | |
| Fireplaces | | 0 | | 0 | |
| Cooling | None | No Cooling | | Ceiling Fan(s) | |
| Heating | Electric Base | 90% Forced Air | | Radiator | |
| Water | Well | Public | -2,500 | Public | -2,500 |
| Sewer | | Public Sewer | | Public Sewer | |
| Waterfront | | No | | No | |
| Pool | None | No Pool | | No Pool | |

| | Price | $35,000 | $42,154 |
|---|---|---|---|
| | Total Adjustments | $-5,260 | $-7,900 |
| | Adjusted Price | $29,740 | $34,254 |

©2025 Bright MLS, Inc. All rights reserved. Information not guaranteed.

Researched and prepared by Seth LOAR
Coldwell Banker Premier



Thursday, October 2, 2025

## CMA Price Adjustments
This page outlines the subject property versus comparables properties.





| | Subject Property | Details | Adjust | Details | Adjust |
|---|---|---|---|---|---|
| | 17905 Laurel Run Rd SW | 21301 McMullen Hwy SW | | 7 High St | |
| MLS# | 0110016355 | MDAL2010386 | | MDAL2009840 | |
| Status | Public Record Comparable | Closed | | Closed | |
| Prop Type | RES | Residential | | Residential | |
| City | Barton | Rawlings | | Lonaconing | |
| Sch District | Allegany County Public Sch | Allegany County Public Schools | | Allegany County Public Schools | |
| Subdiv/Neigh | | NONE AVAILABLE | | NONE AVAILABLE | |
| Ownership | Fee Simple | Fee Simple | | Fee Simple | |
| Style | Farmhouse | Colonial | | Bi-Level | |
| Structure Type | Detached | Detached | | Detached | |
| Year Built | 1925 | 1940 | | 1925 | |
| Taxes/Tax Yr | $1,128.00 | $503 / 2024 | | $648 / 2005 | |
| Assessed Val | $116,800 | $41,400 | | $48,090 | |
| List Date | | 10/21/2024 | | 08/29/2024 | |
| Closed Date | 12/18/2018 | 12/13/2024 | | 12/03/2024 | |
| DOM/CDOM | --/ | 13/66 | | 65/65 | |
| List Price | | $15,000 | | $49,900 | |
| Closed Price | $85,000 | $23,001 | | $35,000 | |
| Concessions | $0.00 | $0.00 | 0 | $0.00 | 0 |
| Abv Grd FinSF | 1424 | 1,120 | 3,040 | 1,630 | -2,060 |
| Blw Grd FinSF | | 0 | | 0 | |
| $/SqFt | $49.00 | $20.54 | | $21.47 | |
| Acres | 1.15 | 0.140 | | 0.210 | |
| Beds | 3 | 3 | | 3 | |
| Baths | 1 | 1 | | 2 | -3,000/0 |
| Bsmnt Type | Other | Other | | Outside Entrance, Partial, Unfinish | |
| Garage Spcs | 2 | 0 | 3,000 | 1 | 1,500 |
| Parking | Garage, Driveway | | | | |
| Fireplaces | | 0 | | 2 | |
| Cooling | None | Ceiling Fan(s) | | No Cooling | |
| Heating | Electric Base | Baseboard - Electric | | Forced Air, Other | |
| Water | Well | Public | -2,500 | Public | -2,500 |
| Sewer | | Septic Exists | | Public Sewer | |
| Waterfront | | No | | No | |
| Pool | None | No Pool | | No Pool | |

| | Price | $23,001 | $35,000 |
|---|---|---|---|
| | Total Adjustments | $3,540 | $-6,060 |
| | Adjusted Price | $26,541 | $28,940 |

©2025 Bright MLS, Inc. All rights reserved.
Information not guaranteed.
Researched and prepared by Seth LOAR
Coldwell Banker Premier



## Subject Property

17905 Laurel Run Rd SW
Barton, MD 21521



| Location | | Lot | | | |
|---|---|---|---|---|---|
| County: | Allegany, MD | Acres: | 1.15 | Pool: | None |
| MLS Area: | Unincorporated | Lot SqFt: | 50094 | | |
| School District: | Allegany County Public Schools | Water Source: | Well | | |

### Building

| | | | | | |
|---|---|---|---|---|---|
| Property Type: | RES | Heating: | /Electric Base / Electric | Year Built: | 1925 |
| Structure Type: | Detached | Cooling Type: | None | Above Grade Fin SQFT: | 1,424 |
| Style: | Farmhouse | Garage Spaces: | 2 | Building SQFT: | 1,728 |
| Levels: | 2 | Parking Features: | Garage, Driveway | Total SQFT: | 1,728 |
| Bedrooms: | 3 | Basement Type: | Other | Price per SQFT: | $49.00 |
| Full/Half Baths: | 1 / | | | | |
| Property Condition: | Needs Rehab | | | | |

### Listing and Selling Information | Days on Market / Taxes

| | | | | | |
|---|---|---|---|---|---|
| MLS #: | 0110016355 | Land Use Code: | R | Tax Annual Amount: | $1,128 |
| Tax ID #: | 0110016355 | | | Tax Assessed Value: | $116,800 |
| Ownership Interest: | Fee Simple | | | | |

©2025 Bright MLS, Inc. All rights reserved. Information not guaranteed.

Researched and prepared by Seth LOAR
Coldwell Banker Premier

Thursday, October 2, 2025

# Summary of Comparable Properties

This page summarizes the comparable properties contained in this market analysis.

## Closed Properties

| Address | List Price | Closed Price | Concss | Beds | Full Baths | Half Baths | List Abv Grd Fin SqFt | Pub Recd Bldg SqFt | $/SqFt | Closed Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 17905 Laurel Run Rd SW | | | | 3 | 1 | | 1,424 | 1,728 | $49.00 | |
| 18918 Bradley St | $44,900 | $35,000 | | 3 | 1 | | 2,000 | | $17.50 | 09/04/2025 |
| 10 W Florida Way | $39,900 | $42,154 | | 3 | 2 | 0 | 1,664 | | $25.33 | 03/14/2025 |
| 21301 McMullen Hwy SW | $15,000 | $23,001 | | 3 | 1 | | 1,120 | | $20.54 | 12/13/2024 |
| 7 High St | $49,900 | $35,000 | | 3 | 2 | 0 | 1,630 | | $21.47 | 12/03/2024 |
| Averages: | $37,425 | $33,789 | | 3 | 2 | 0 | 1,604 | | $21.21 | |

| | |
|---|---|
| Median of Comparable Listings: | **$35,000** |
| Average of Comparable Listings: | **$33,789** |

| | Low | Median | Average | High | Count |
|---|---|---|---|---|---|
| **Comparable Price** | $23,001 | $35,000 | $33,789 | $42,154 | 4 |
| **Adjusted Comparable Price** | $26,541 | $29,340 | $29,869 | $34,254 | 4 |
| DOM | 13 | 40 | 43 | 79 | 4 |

©2025 Bright MLS, Inc. All rights reserved.
Information not guaranteed.
Researched and prepared by Seth LOAR
Coldwell Banker Premier

Seth LOAR
Coldwell Banker Premier
Office Ph: (301) 707-3690
Ph:

Thursday, October 2, 2025

# CMA Pro Report

These pages give a general overview of the selected properties.

## 18918 Bradley St, Barton, MD — Closed — $44,900

| Field | Value | Field | Value |
|---|---|---|---|
| MLS #ID: | MDAL2011856 | Beds: | 3 |
| Prop Type: | Residential | Baths: | 1 |
| Structure Type: | Detached | | |
| County: | Allegany, MD | AbvGrdFinSF: | 2,000 / Assessor |
| Municipality: | Barton | Lot Size: | 0a / 8,874.00sf |
| MLS Area: | S Cumberland | Lot Dim: | |
| Subdiv/Ngh: | NONE AVAILABLE | Condo/HOA: | $0 |
| School Dist: | Allegany County Public Schools | New Constr: | No |
| | | Cls Price: | $35,000 |
| | | Cls Date: | 9/4/2025 |
| | | Concess: | $0 |

| Field | Value | Field | Value |
|---|---|---|---|
| Sale Type: | Bank Owned/REO | Ownership: | Fee Simple |
| | | Garage Spaces: | 0 |
| | | Parking: | |
| | | Condition: | |
| Year Built: | 1920 | Basement: | Yes / Unfinished |
| Waterfront: | No | Dock Type: | |

**Remarks:** Discover the charm of this classic 1920s Colonial home, offering approximately 2,000 square feet of potential. With three spacious bedrooms and a full bathroom, this residence is perfect for those seeking comfort and character. Enjoy the convenience of a detached carport and driveway parking, making daily life easier. Set on a generous 0.2-acre lot, there is ample outdoor space for gardening, entertaining, or relaxation. This property is more than just a house—it's a canvas for your dreams. Embrace the opportunity to create your ideal living space in a timeless home that seamlessly blends classic architecture with modern possibilities. Don't miss out on this unique offering!

## 10 W Florida Way, Lonaconing, MD — Closed — $39,900

| Field | Value | Field | Value |
|---|---|---|---|
| MLS #ID: | MDAL2010894 | Beds: | 3 |
| Prop Type: | Residential | Baths: | 2 |
| Structure Type: | Detached | | |
| County: | Allegany, MD | AbvGrdFinSF: | 1,664 / Assessor |
| Municipality: | Lonaconing | Lot Size: | 0a / 10,987.00sf |
| MLS Area: | SW Allegany | Lot Dim: | 75 x 146 x 75 x 147 |
| Subdiv/Ngh: | NONE AVAILABLE | Condo/HOA: | $0 |
| School Dist: | Allegany County Public Schools | New Constr: | No |
| | | Cls Price: | $42,154 |
| | | Cls Date: | 3/14/2025 |
| | | Concess: | $0 |

| Field | Value | Field | Value |
|---|---|---|---|
| Sale Type: | Bank Owned/REO | Ownership: | Fee Simple |
| | | Garage Spaces: | 2 |
| | | Parking: | Concrete Driveway |
| | | Condition: | |
| Year Built: | 1920 | Basement: | Yes / Full, Interior Access, Unfir |
| Waterfront: | No | Dock Type: | |

**Remarks:** Three bedroom - small community - 1C carport and older 2C garage/outbuilding in rear of lot accessible via rear alley - fenced rear yard - first floor bath is split with half bath and shower in laundry - fire damage to kitchen mainly exhibited as demoed ceiling and bulkhead - other repairs needed overall - sold as-is

©2025 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by Seth LOAR
Coldwell Banker Premier

Seth LOAR
Coldwell Banker Premier
Office Ph: (301) 777-3380
Ph:

Thursday, October 2, 2025

# CMA Pro Report

These pages give a general overview of the selected properties.

## 21301 McMullen Hwy SW, Rawlings, MD — Closed — $15,000

| | |
|---|---|
| MLS #ID: | MDAL2010386 |
| Prop Type: | Residential |
| Structure Type: | Detached |
| County: | Allegany, MD |
| Municipality: | |
| MLS Area: | Rawling |
| Subdiv/Ngh: | NONE AVAILABLE |
| School Dist: | Allegany County Public Schools |
| Sale Type: | Auction |
| Ownership: | Fee Simple |
| Garage Spaces: | 0 |
| Parking: | |
| Condition: | |
| Beds: | 3 |
| Baths: | 1 |
| Cls Price: | $23,001 |
| Cls Date: | 12/13/2024 |
| Concess: | $0 |
| AbvGrdFinSF: | 1,120 / Assessor |
| Lot Size: | 0a / 6,197.00sf |
| Lot Dim: | |
| Condo/HOA: | $0 |
| New Constr: | No |
| Year Built: | 1940 |
| Basement: | Yes / Other |
| Waterfront: | No |
| Dock Type: | |

Remarks: ONLINE AUCTION: Bidding begins 11/7/2024 @ 10:00 AM. Bidding ends 11/11/2024 @ 11:10 AM. List Price is Suggested Opening Bid. Deposit: $5,000. Detached property located in the Rawling area Allegany County, Maryland. JUST MINUTES from the many attractions of the Westernport, MD area & the MD/VA border. Easy access to major traffic artery I-68.

## 7 High St, Lonaconing, MD — Closed — $49,900

| | |
|---|---|
| MLS #ID: | MDAL2009840 |
| Prop Type: | Residential |
| Structure Type: | Detached |
| County: | Allegany, MD |
| Municipality: | Lonaconing |
| MLS Area: | SW Allegany |
| Subdiv/Ngh: | NONE AVAILABLE |
| School Dist: | Allegany County Public Schools |
| Sale Type: | Bank Owned/REO |
| Ownership: | Fee Simple |
| Garage Spaces: | 1 |
| Parking: | |
| Condition: | |
| Beds: | 3 |
| Baths: | 2 |
| Cls Price: | $35,000 |
| Cls Date: | 12/3/2024 |
| Concess: | $0 |
| AbvGrdFinSF: | 1,630 / Estimated |
| Lot Size: | 0a / 9,000.00sf |
| Lot Dim: | |
| Condo/HOA: | $0 |
| New Constr: | No |
| Year Built: | 1925 |
| Basement: | Yes / Outside Entrance, Partial, |
| Waterfront: | No |
| Dock Type: | |

Remarks: This home is absolutely loaded with potential - if you have a vision, this property is the right one for you! The home requires a total renovation yet the finished project could be a real show stopper. Situated high up on a hill, the home features a unique layout with spacious room sizes, wood floors, enclosed porch and a garage with partially finished living space above the garage. Home is being sold strictly AS-IS. Buyer to pay all transfer and recordation taxes. Seller only reviews offers on Mondays. Make an appointment today!

©2025 Bright MLS, Inc. All rights reserved. Information not guaranteed.

Researched and prepared by Seth LOAR
Coldwell Banker Premier

Thursday, October 2, 2025

# CMA Pro Report
These pages give a general overview of the selected properties.

## Closed Properties

| | |
|---|---|
| Total # of Listings | 4 |
| Lowest Price | $23,001 |
| Highest Price | $42,154 |
| Average Price | $33,789 |
| Avg. Price/SqFt | $21.21 |
| Avg DOM | 43 |



©2025 Bright MLS, Inc. All rights reserved. Information not guaranteed.

Researched and prepared by Seth LOAR
Coldwell Banker Premier

Seth LOAR
Coldwell Banker Premier
Office Ph: (301) 777-3380
Ph:

Thursday, October 2, 2025

# CMA Pro Report

These pages give a general overview of the selected properties.



Summary Graph/Analysis

Avg Price  ▒ Min Price  ▒ Max Price

## Cumulative Analysis

| Listing Category | Lowest Price | Highest Price | Average Price | Avg $ Per SF |
|---|---|---|---|---|
| Closed | $23,001 | $42,154 | $33,789 | $21.21 |
| **Totals / Averages** | **$23,001** | **$42,154** | **$33,789** | **$21.21** |

## Closed Property Analysis

| Address | List Price | Closed Price | Concss | DOM | %CP/LP | CP/Sqft |
|---|---|---|---|---|---|---|
| 18918 Bradley St | $44,900 | $35,000 | $0.00 | 79 | 77.95% | $17.50 |
| 10 W Florida Way | $39,900 | $42,154 | $0.00 | 15 | 105.65% | $25.33 |
| 21301 McMullen Hwy SW | $15,000 | $23,001 | $0.00 | 13 | 153.34% | $20.54 |
| 7 High St | $49,900 | $35,000 | $0.00 | 65 | 70.14% | $21.47 |
| **Total Averages** | **$37,425** | **$33,789** | **$0.00** | **43.00** | **101.77%** | **$21.21** |

©2025 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by Seth LOAR
Coldwell Banker Premier

Thursday, October 2, 2025

# CMA Pro Report

These pages give a general overview of the selected properties.

## Property Summary

| S | Street Address | Bds | Bth | Sqft | List Price | Closed Price | Conc | Closed Date | DOM |
|---|---|---|---|---|---|---|---|---|---|
| CLS | 18918 Bradley St | 3 | 1 | 2,000 | $44,900 | $35,000 | | 09/04/2025 | 79 |
| CLS | 10 W Florida Way | 3 | 2 | 1,664 | $39,900 | $42,154 | | 03/14/2025 | 15 |
| CLS | 21301 McMullen Hwy SW | 3 | 1 | 1,120 | $15,000 | $23,001 | | 12/13/2024 | 13 |
| CLS | 7 High St | 3 | 2 | 1,630 | $49,900 | $35,000 | | 12/03/2024 | 65 |

©2025 Bright MLS, Inc. All rights reserved. Information not guaranteed.

Researched and prepared by Seth LOAR
Coldwell Banker Premier

Sam LOAR
Coldwell Banker Premier
Office Ph: (301) 777-3380

## Residential Stats - Analysis Detail Report

### Closed         4 LISTINGS

| | Price when initially entered | | | | | Price at time of sale | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Closed Price - Concession | = Net Price | / Orig. Price | = % Of | | Closed Price - Concession | = Net Price | / List Price | = % Of | DOM | CDOM | Age |
| 18918 Bradley St | $35,000 | $35,000 | $59,900.00 | 58.43 | | $35,000 | $35,000 | $44,900 | 77.95 | 79 | 79 | 105 |
| 10 W Florida Way | $42,154 | $42,154 | $39,900.00 | 105.65 | | $42,154 | $42,154 | $39,900 | 105.65 | 15 | 15 | 105 |
| 21301 McMullen Hwy SW | $23,001 | $23,001 | $15,000.00 | 153.34 | | $23,001 | $23,001 | $15,000 | 153.34 | 13 | 66 | 85 |
| 7 High St | $35,000 | $35,000 | $60,000.00 | 58.33 | | $35,000 | $35,000 | $49,900 | 70.14 | 65 | 65 | 100 |
| Low | $23,001 | $0 | $23,001 | $15,000 | 58.33 | $15,000 | | $23,001 | $15,000 | 70.14 | 13 | 15 | 85 |
| High | $42,154 | $0 | $42,154 | $60,000 | 153.34 | $60,000 | | $42,154 | $49,900 | 153.34 | 79 | 15 | 105 |
| Median | $35,000 | $0 | $35,000 | $49,900 | 82.04 | $49,900 | | $35,000 | $42,400 | 91.80 | 40 | 66 | 103 |
| Average | $33,789 | $0 | $33,789 | $43,700 | 93.94 | $43,700 | | $33,789 | $37,425 | 101.77 | 43 | 56 | 99 |

### Report Totals    Properties: 4

| | List Price: | Orig. List Price: | % of: | Closed Price: | Concession: | Net Price: | DOM: | CDOM: | Age: |
|---|---|---|---|---|---|---|---|---|---|
| Low | $15,000 | $15,000 | 58.33 | $23,001 | | $23,001 | 13 | 15 | 85 |
| High | $49,900 | $60,000 | 153.34 | $42,154 | | $42,154 | 79 | 79 | 105 |
| Median | $42,400 | $49,900 | 82.04 | $35,000 | | $35,000 | 40 | 66 | 103 |
| Average | $37,425 | $43,700 | 93.94 | $33,789 | | $33,789 | 43 | 56 | 99 |

Copyright (c) 2025 BRIGHT
Information is believed to be accurate, but should not be relied upon without verification.
Accuracy of square footage, lot size, schools, and other information is not guaranteed.

Seth LOAR
Coldwell Banker Premier
Office Ph: (301) 777-3380

Thursday, October 2, 2025

# Pricing Recommendation

### General Facts About Pricing...

There are certain factors that are within our control and some factors beyond our control when it comes to setting the price. Those factors within our control are: the appearance of the property, how aggressively we market the property and the price. Factors outside our control are: location of property, size and local amenities. It's important to accept those factors that are beyond our control and focus on the pricing and preparation.

A property priced at market value will attract more buyers than a home priced above market value. Consider that a competitively priced property will also attract a greater number of potential buyers and increase your opportunity for a quick sale.

### Market Statistics...

| Closed Price Statistics | | Closed Price Per Sq. Ft. Statistics | |
|---|---|---|---|
| Average Price: | $29,900 | Average Price/Sq Ft: | $19 |
| High Price: | $34,300 | High Price/Sq Ft: | $24 |
| Median Price: | $29,300 | Median Price/Sq Ft: | $19 |
| Low Price: | $26,500 | Low Price/Sq Ft: | $15 |

Figures are based on closed price after adjustments, and rounded to the nearest $100.

### Summary...

After analyzing your property, comparable properties on the market now, recent sales and comparable properties that failed to sell, I conclude that in the current market, your property is most likely to sell for **$27,000-$32,000**.

**Notwithstanding any language to the contrary contained herein, this Competitive Market Analysis is NOT an appraisal of the market value for property and is not intended to be used for any legal purpose including approval of a mortgage loan, modification of a mortgage loan, divorce/property separation, estate settlement, bankruptcy proceedings or any other purpose where real estate value is needed. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.**

©2025 Bright MLS, Inc. All rights reserved. Information not guaranteed.

Researched and prepared by Seth LOAR
Coldwell Banker Premier

Seth LOAR
Coldwell Banker Premier
Office Ph: (301) 777-8380
Ph:

Thursday, October 2, 2025

# CMA Map

This page displays the Map for the CMA Subject and your comparables.



17905 Laurel Run Rd SW

1  18918 Bradley St
2  10 W Florida Way
3  21301 McMullen Hwy SW
4  7 High St

©2025 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by Seth LOAR
Coldwell Banker Premier