# Maryland Judiciary Case Search

**NOTICE: Available**

## Case Detail

### Case Information

| | |
|---|---|
| Court System: | **District Court For Allegany County - Civil** |
| Location: | **Allegany** |
| Case Number: | **12-01-0000390-2016** |
| Title: | **THE JUDGMENT GROUP ASSIGNEE FOR DEL&DEL PROPERTY vs COOK, MICHELLE et al** |
| Case Type: | **Contract** |
| Filing Date: | **04/01/2016** |
| Case Status: | **Open** |

### Other Reference Numbers

Judgment: **C-01-JG-21-000088**

### Causes Information

| | |
|---|---|
| File Date: | **04/01/2016** |
| Cause Description: | **001 ; REGULAR CLAIM** |
| Filed By: | **Plaintiff** |
| Filed Against: | **Defendant** |

| Remedy Type | Amount | Comment |
|---|---|---|
| **Not Applicable** | **$6,565.00** | **CONTRACT ; JUDGMENT IN FAVOR OF PLAINTIFF ENTERED** |

| | |
|---|---|
| File Date: | **04/01/2016** |
| Cause Description: | **002 ; REGULAR CLAIM** |
| Filed By: | **Plaintiff** |
| Filed Against: | **Defendant** |

| Remedy Type | Amount | Comment |
|---|---|---|
| **Not Applicable** | **$6,565.00** | **CONTRACT ; JUDGMENT IN FAVOR OF PLAINTIFF ENTERED** |

### Involved Parties Information

Garnishee

Name: **D&D Pit & Go 1 Inc.**

Address: **15721 Lower George Creek Rd. SW**
City: **Lonaconing**  State: **MD**  Zip Code: **21539**

## Garnishee

Name: **FEC Western Maryland LLC**

Address: **Attn: Payroll/Garnishment Dept.**
**4016 Williamsburg Ct.**
City: **Fairfax**  State: **VA**  Zip Code: **22032**

## Garnishee

Name: **Comfort Keepers (NAB Homecare Inc.) Attn: Payroll Dept.**

Address: **45640 Willow Pond Plaza #100**
City: **Sterling**  State: **VA**  Zip Code: **20164**

## Garnishee

Name: **McDonalds (Attn: Payroll/Garnishment Dept)**

Address: **17700 National Hwy**
City: **Frostburg**  State: **MD**  Zip Code: **21532**

## Garnishee

Name: **FEC Western Maryland (Attn: Garnishment Dept)**

Address: **4016 Williamsburg Ct**
City: **Fairfax**  State: **VA**  Zip Code: **22032**

## Assignee

Name: **The Judgment Group**

Address: **PO BOX 191**
City: **Stevensville**  State: **MD**  Zip Code: **21666**

## Attorney(s) for the Assignee

Name: **PUDINSKI, MARK ANTHONY Sr.**
Appearance Date: **02/24/2021**
Address Line 1: **PO Box 191**
City: **STEVENSVILLE**  State: **MD**  Zip Code: **21666**

| | |
|---|---|
| Name: | **Hanna, Gary Esquire** |
| Appearance Date: | **09/13/2023** |
| Removal Date: | **03/28/2024** |
| Address Line 1: | **G. Gary Hanna Attorney At Law** |
| Address Line 2: | **71 Prospect Square** |
| City: | **Cumberland**   State: **MD**   Zip Code: **21502** |

## Plaintiff

Name: **The Judgment Group**

Address: **PO BOX 191**
City:   **Stevensville**   State: **MD**   Zip Code: **21666**

## Attorney(s) for the Plaintiff

| | |
|---|---|
| Name: | **PUDINSKI, MARK ANTHONY Sr.** |
| Appearance Date: | **02/24/2021** |
| Address Line 1: | **PO Box 191** |
| City: | **STEVENSVILLE**   State: **MD**   Zip Code: **21666** |

| | |
|---|---|
| Name: | **Hanna, Gary Esquire** |
| Appearance Date: | **09/13/2023** |
| Removal Date: | **03/28/2024** |
| Address Line 1: | **G. Gary Hanna Attorney At Law** |
| Address Line 2: | **71 Prospect Square** |
| City: | **Cumberland**   State: **MD**   Zip Code: **21502** |

## Garnishee

Name: **D&D Pit & Go 1 Inc**

Address: **15721 Lower Georges Creek Rd SW**
City:   **Lonaconing**   State: **MD**   Zip Code: **21539**

## Plaintiff

Name: **DEL&DEL PROPERTY**

Address: **7327 GAITHER RD**
City:   **SYKESVILLE**   State: **MD**   Zip Code: **21784**

## Garnishee

Name: **Comfort Keepers (NAB Homecare Inc.)**

Address: **Attn: Payroll/Garnishment Dept.**
**454640 Willow Pond Plaza #100**
City: **Sterling**  State: **VA**  Zip Code: **20164**

## Defendant

Name: **COOK, MICHELLE**

Address: **17905 LAUREL RUN ROAD SW**
City: **BARTON**  State: **MD**  Zip Code: **21521**

## Defendant

Name: **COOK, ROBERT**

Address: **17905 LAUREL RUN RD SW #5**
City: **BARTON**  State: **MD**  Zip Code: **21521**

## Garnishee

Name: **NAB Homecare Inc. t/a Comfort Keepers**

Address: **Attn: Payroll/Garnishment Dept**
**10721 Main Street #304**
City: **Fairfax**  State: **VA**  Zip Code: **22030**

## Plaintiff

Name: **DEL&DEL PROPERTY**

Address: **7327 GAITHER RD**
City: **SYKESVILLE**  State: **MD**  Zip Code: **21784**

# Judgment Information

**Monetary**

## Original Judgment

| | |
|---|---|
| Judgment Event Type: | **Default Judgment** |
| Judge: | **Price, H. Jack, Jr.** |
| Judgment Against: | **COOK, MICHELLE** |
| Judgment in Favor of: | **DEL&DEL PROPERTY** |

| | |
|---|---|
| Judgment Ordered Date: | **06/08/2016** |
| Judgment Entry Date: | **06/08/2016** |
| Judgment Expiration Date: | **06/08/2028** |
| Post-Judgment Interest: | **Legal Rate** |
| Principal Amount: | **$6,565.00** |
| Other Fee: | **$0.00** |
| Filing Fee: | **$46.00** |
| Amount of Judgment: | **$6,611.00** |
| Comment: | |

| | |
|---|---|
| Pre-Judgment Interest: | **$0.00** |
| Attorney Fee: | **$0.00** |
| Total Judgment Index: | **$6,611.00** |

| Judgment Status | Status Date |
|---|---|
| **Entered** | **06/08/2016** |
| **Assigned** | **02/24/2021** |

**Monetary**

Original Judgment

| | |
|---|---|
| Judgment Event Type: | **Default Judgment** |
| Judge: | **Price, H. Jack, Jr.** |
| Judgment Against: | **COOK, ROBERT** |
| Judgment in Favor of: | **DEL&DEL PROPERTY** |
| Judgment Ordered Date: | **06/08/2016** |
| Judgment Entry Date: | **06/08/2016** |
| Judgment Expiration Date: | **06/08/2028** |
| Post-Judgment Interest: | **Legal Rate** |
| Principal Amount: | **$6,565.00** |
| Other Fee: | **$0.00** |
| Filing Fee: | **$46.00** |
| Amount of Judgment: | **$6,611.00** |
| Comment: | |

| | |
|---|---|
| Pre-Judgment Interest: | **$0.00** |
| Attorney Fee: | **$0.00** |
| Total Judgment Index: | **$6,611.00** |

| Judgment Status | Status Date |
|---|---|
| **Bankruptcy** | **10/06/2025** |
| **Entered** | **06/08/2016** |
| **Assigned** | **02/24/2021** |

Case Judgment Comment History

Amount: 6565.00 Interest: 0.00 Atty_Fee: 0.00 Judg_Cost: 46.00 Post_Interest_Rate: L Other_Amount: 0.00 Poss_of_Prop: 0.00 Damages_Pop: 0.00 Value_of_Prop: 0.00 Damgs_Val_of_Prop: 0.00 Repl_Detn_Amnt: 0.00 Judg_Type: DFLT Judg_District: 12 Judg_Location: 01 Judg_Date: 06/08/2016 Date_Entered: 06/08/2016

Amount: 6565.00 Interest: 0.00 Atty_Fee: 0.00 Judg_Cost: 46.00 Post_Interest_Rate: L Other_Amount: 0.00 Poss_of_Prop: 0.00 Damages_Pop: 0.00 Value_of_Prop: 0.00 Damgs_Val_of_Prop: 0.00 Repl_Detn_Amnt: 0.00 Judg_Type: DFLT Judg_District: 12 Judg_Location: 01 Judg_Date: 06/08/2016 Date_Entered: 06/08/2016

Document Information

| | |
|---|---|
| File Date: | **04/01/2016** |
| Document Name: | **Initial Case Filing** |
| Comment: | **; FILN ; CMH ; INITIAL CASE FILING** |

| | |
|---|---|
| File Date: | **04/01/2016** |
| Document Name: | **Initial Claim Amount - Converted Case** |
| Comment: | |

| | |
|---|---|
| File Date: | **04/01/2016** |
| Document Name: | **Regular Claim** |
| Comment: | **COMP_NUMBER: 001 DOC_TYPE: REGL DOC_DATE: Apr 1 2016 12:00AM SERV_TYPE: PPCS SERV_DIST: 12 SERV_LOC: 01 RETURN_CODE: SV SERV_DATE: Apr 28 2016 12:00AM REQ_BY: PLN FEE_REFUNDED: NO_REFUND: ENTRY_UPD_DATE: May 9 2016 12:00AM SERV_TO: DEF SERV_BY: RELA_NUM: REG_NUM: 00 RING_NUM: NORING NON_EST_IND: COST_SEQ_NUM: 00002 FILING_FEE: 0.00 SERV_FEE: 0.00** |

| | |
|---|---|
| File Date: | **04/01/2016** |
| Document Name: | **Regular Claim** |
| Comment: | **COMP_NUMBER: 002 DOC_TYPE: REGL DOC_DATE: Apr 1 2016 12:00AM SERV_TYPE: PPCS SERV_DIST: 12 SERV_LOC: 01 RETURN_CODE: SV SERV_DATE: Apr 28 2016 12:00AM REQ_BY: PLN FEE_REFUNDED: NO_REFUND: ENTRY_UPD_DATE: May 9 2016 12:00AM SERV_TO: DEF SERV_BY: RELA_NUM: REG_NUM: 00 RING_NUM: NORING NON_EST_IND: COST_SEQ_NUM: 00003 FILING_FEE: 0.00 SERV_FEE: 0.00** |

| | |
|---|---|
| File Date: | **04/04/2016** |
| Document Name: | **Trial** |
| Comment: | **; TRIL ; CMH ; TRIAL SET FOR: 06082016;TIME: 0930A;LOC:01;ROOM:** |

| | |
|---|---|
| File Date: | **04/04/2016** |
| Document Name: | **Notice** |
| Comment: | **001 ; NOTC ; NOTICE OF INITIAL TRIAL (PLN)-D1** |

| | |
|---|---|
| File Date: | **04/04/2016** |
| Document Name: | **Notice** |
| Comment: | **002 ; NOTC ; NOTICE OF INITIAL TRIAL (PLN)-D1** |

| | |
|---|---|
| File Date: | **04/28/2016** |
| Document Name: | **Service** |
| Comment: | **001 ; SERV ; CMH ; REGL;04012016;DEF;SV-SERVED ;** |

| | |
|---|---|
| File Date: | **04/28/2016** |
| Document Name: | **Service** |
| Comment: | **002 ; SERV ; CMH ; REGL;04012016;DEF;SV-SERVED ;** |

| | |
|---|---|
| File Date: | **05/09/2016** |
| Document Name: | **Notice** |

| | |
|---|---|
| Comment: | **001 ; NOTC ; NOTICE OF OUTCOME OF ORIGINAL SERVICE (PLN)-A1** |

| | |
|---|---|
| File Date: | **05/09/2016** |
| Document Name: | **Notice** |
| Comment: | **002 ; NOTC ; NOTICE OF OUTCOME OF ORIGINAL SERVICE (PLN)-A1** |

| | |
|---|---|
| File Date: | **06/08/2016** |
| Document Name: | **Trial Delete** |
| Comment: | **; TDEL ; CMH ; TRIL;06082016;0930A;01;BY 9V3;JUDGMENT ENTERED** |

| | |
|---|---|
| File Date: | **06/08/2016** |
| Document Name: | **Judgment in Default Entered** |
| Comment: | **001 ; DFLT ; CMH ; DEFAULT JUDGMENT ENTERED** |

| | |
|---|---|
| File Date: | **06/08/2016** |
| Document Name: | **Judgment Change** |
| Comment: | **001 ; JCHG ; CMH ; 1201;JD-20160608;AFDV;JID-9V3 ;A-0000656500;I-0000000;** |

| | |
|---|---|
| File Date: | **06/08/2016** |
| Document Name: | **Judgment in Default Entered** |
| Comment: | **002 ; DFLT ; CMH ; DEFAULT JUDGMENT ENTERED** |

| | |
|---|---|
| File Date: | **06/08/2016** |
| Document Name: | **Judgment Change** |
| Comment: | **002 ; JCHG ; CMH ; 1201;JD-20160608;AFDV;JID-9V3 ;A-0000656500;I-0000000;** |

| | |
|---|---|
| File Date: | **06/08/2016** |
| Document Name: | **Notice** |
| Comment: | **001 ; NOTC ; NOTICE OF JUDGMENT ENTERED IN DEFAULT (DEF)-Q1** |

| | |
|---|---|
| File Date: | **06/08/2016** |
| Document Name: | **Notice** |
| Comment: | **001 ; RELP ; ALSO SENT TO - PLN,** |

| | |
|---|---|
| File Date: | **06/08/2016** |
| Document Name: | **Notice** |
| Comment: | **002 ; NOTC ; NOTICE OF JUDGMENT ENTERED IN DEFAULT (DEF)-Q1** |

| | |
|---|---|
| File Date: | **06/08/2016** |
| Document Name: | **Notice** |
| Comment: | **002 ; RELP ; ALSO SENT TO - PLN,** |

| | |
|---|---|
| File Date: | 04/02/2019 |
| Document Name: | **Assignment of Judgment** |
| Comment: | **Assignment - Cook, Robert &amp; Michelle** |

| | |
|---|---|
| File Date: | 04/02/2019 |
| Document Name: | **Civil Filing Error Notice** |
| Comment: | |

| | |
|---|---|
| File Date: | 04/02/2019 |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Civil Filing Error Notice - Assignment of Judgment** |

| | |
|---|---|
| File Date: | 02/24/2021 |
| Document Name: | **Request for Writ of Garnishment - Wages** |
| Comment: | **Cook, Robert** |

| | |
|---|---|
| File Date: | 02/24/2021 |
| Document Name: | **Request for Service - Certified Mail, SDAT or MIA** |
| Comment: | **Service** |

| | |
|---|---|
| File Date: | 02/24/2021 |
| Document Name: | **Assignment of Judgment Docketed** |
| Comment: | |

| | |
|---|---|
| File Date: | 02/24/2021 |
| Document Name: | **Writ of Garnishment of Wages Issued** |
| Comment: | |

| | |
|---|---|
| File Date: | 03/01/2021 |
| Document Name: | **Return of Service - Served** |
| Comment: | **Enter amount for private process service fee only. Fee not to exceed $40.00** |

| | |
|---|---|
| File Date: | 03/02/2021 |
| Document Name: | **Return of Service - Not Served** |
| Comment: | **No signature on return card. Covid-19** |

| | |
|---|---|
| File Date: | 03/03/2021 |
| Document Name: | **Returned/Undeliverable Mail** |
| Comment: | **Defendant** |

| | |
|---|---|
| File Date: | 04/19/2021 |
| Document Name: | **Request for Writ of Garnishment - Wages** |

| | |
|---|---|
| Comment: | Cook, Michelle |

| | |
|---|---|
| File Date: | 04/19/2021 |
| Document Name: | Request for Service - Certified Mail, SDAT or MIA |
| Comment: | Service |

| | |
|---|---|
| File Date: | 04/19/2021 |
| Document Name: | Writ of Garnishment of Wages Issued |
| Comment: | |

| | |
|---|---|
| File Date: | 04/21/2021 |
| Document Name: | Request for Notice of Judgment/Lien |
| Comment: | Lien |

| | |
|---|---|
| File Date: | 04/21/2021 |
| Document Name: | Lien of Judgment Sent to Circuit Court |
| Comment: | Sent to: Allegany County Circuit Court |

| | |
|---|---|
| File Date: | 04/21/2021 |
| Document Name: | Lien Of Judgment Recorded in Circuit Court |
| Comment: | Allegany County Case Number: C-01-JG-21-000088 |

| | |
|---|---|
| File Date: | 04/26/2021 |
| Document Name: | Return of Service - Served |
| Comment: | Enter amount for private process service fee only. Fee not to exceed $40.00 |

| | |
|---|---|
| File Date: | 08/09/2021 |
| Document Name: | Request for Writ of Garnishment - Wages |
| Comment: | Cook, Michelle |

| | |
|---|---|
| File Date: | 08/09/2021 |
| Document Name: | Request for Service - Certified Mail, SDAT or MIA |
| Comment: | Service |

| | |
|---|---|
| File Date: | 08/09/2021 |
| Document Name: | Writ of Garnishment of Wages Issued |
| Comment: | |

| | |
|---|---|
| File Date: | 10/01/2021 |
| Document Name: | Request for Writ of Garnishment - Wages |
| Comment: | Cook, Michelle |

| | |
|---|---|
| File Date: | 10/01/2021 |
| Document Name: | **Request for Service - Certified Mail, SDAT or MIA** |
| Comment: | **Service** |

| | |
|---|---|
| File Date: | 10/04/2021 |
| Document Name: | **Writ of Garnishment of Wages Issued** |
| Comment: | |

| | |
|---|---|
| File Date: | 10/08/2021 |
| Document Name: | **Return of Service - Served** |
| Comment: | **Enter amount for private process service fee only. Fee not to exceed $40.00** |

| | |
|---|---|
| File Date: | 10/13/2021 |
| Document Name: | **Return of Service - Not Served** |
| Comment: | **Return to sender: Comfort Keepers 45640 Willowpond Plaza Ste 100 Sterling, VA 20164** |

| | |
|---|---|
| File Date: | 10/25/2021 |
| Document Name: | **Request for Writ of Garnishment - Wages** |
| Comment: | **Cook, Michelle** |

| | |
|---|---|
| File Date: | 10/25/2021 |
| Document Name: | **Request for Service - Certified Mail, SDAT or MIA** |
| Comment: | **Service** |

| | |
|---|---|
| File Date: | 10/25/2021 |
| Document Name: | **Writ of Garnishment of Wages Issued** |
| Comment: | |

| | |
|---|---|
| File Date: | 10/29/2021 |
| Document Name: | **Return of Service - Served** |
| Comment: | **Enter amount for private process service fee only. Fee not to exceed $40.00** |

| | |
|---|---|
| File Date: | 03/29/2022 |
| Document Name: | **Request for Writ of Garnishment - Wages** |
| Comment: | **Cook, Michelle** |

| | |
|---|---|
| File Date: | 03/29/2022 |
| Document Name: | **Request for Service** |
| Comment: | **PRIVATE PROCESS** |

| | |
|---|---|
| File Date: | 03/29/2022 |
| Document Name: | **Writ of Garnishment of Wages Issued** |

Comment:

| | |
|---|---|
| File Date: | **03/29/2022** |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Garnishment - FEC Western Maryland LLC** |

| | |
|---|---|
| File Date: | **04/11/2022** |
| Document Name: | **Answer of Garnishee** |
| Comment: | **Employed** |

| | |
|---|---|
| File Date: | **03/21/2023** |
| Document Name: | **Request for Writ of Garnishment - Wages** |
| Comment: | **Cook, Robert** |

| | |
|---|---|
| File Date: | **03/21/2023** |
| Document Name: | **Request for Service** |
| Comment: | **PRIVATE PROCESS** |

| | |
|---|---|
| File Date: | **03/21/2023** |
| Document Name: | **Writ of Garnishment of Wages Issued** |
| Comment: | |

| | |
|---|---|
| File Date: | **03/21/2023** |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **WRIT OF GARNISHMENT WAGES- R COOK** |

| | |
|---|---|
| File Date: | **04/26/2023** |
| Document Name: | **Request for Writ of Garnishment - Wages** |
| Comment: | **wrgw** |

| | |
|---|---|
| File Date: | **04/26/2023** |
| Document Name: | **Request for Service** |
| Comment: | **PRIVATE PROCESS** |

| | |
|---|---|
| File Date: | **04/26/2023** |
| Document Name: | **Writ of Garnishment of Wages Issued** |
| Comment: | |

| | |
|---|---|
| File Date: | **04/26/2023** |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Writ of Garnishment of Wages** |

| | |
|---|---|
| File Date: | 09/13/2023 |
| Document Name: | **Answer of Garnishee** |
| Comment: | **Answer to Writ of Garnishment** |

| | |
|---|---|
| File Date: | 09/13/2023 |
| Document Name: | **Civil Filing Error Notice** |
| Comment: | |

| | |
|---|---|
| File Date: | 09/13/2023 |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Civil Filing Error for R Cook** |

| | |
|---|---|
| File Date: | 09/14/2023 |
| Document Name: | **Answer of Garnishee** |
| Comment: | **Answer to Garnishment** |

| | |
|---|---|
| File Date: | 09/14/2023 |
| Document Name: | **Answer of Garnishee - Not Employed** |
| Comment: | |

| | |
|---|---|
| File Date: | 03/22/2024 |
| Document Name: | **Request for Writ of Garnishment - Wages** |
| Comment: | **WRGW** |

| | |
|---|---|
| File Date: | 03/22/2024 |
| Document Name: | **Request for Service** |
| Comment: | **PRIVATE PROCESS** |

| | |
|---|---|
| File Date: | 03/22/2024 |
| Document Name: | **Writ of Garnishment of Wages Issued** |
| Comment: | |

| | |
|---|---|
| File Date: | 03/22/2024 |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Garnishment** |

| | |
|---|---|
| File Date: | 03/28/2024 |
| Document Name: | **Motion/Request/Notice - Strike/Withdraw Appearance** |
| Comment: | **Motion to Withdraw Appearance** |

| | |
|---|---|
| File Date: | 03/28/2024 |
| Document Name: | **Order - Motion/Request/Petition Granted** |

Comment:

| | |
|---|---|
| File Date: | 04/05/2024 |
| Document Name: | **Answer of Garnishee** |
| Comment: | |

| | |
|---|---|
| File Date: | 07/08/2025 |
| Document Name: | **Motion / Request / Line to Withdraw Filing** |
| Comment: | **WRGW Withdrawal** |

| | |
|---|---|
| File Date: | 07/08/2025 |
| Document Name: | **Order - Motion/Request/Petition Granted** |
| Comment: | |

| | |
|---|---|
| File Date: | 10/04/2025 |
| Document Name: | **Notice of Bankruptcy Entered** |
| Comment: | **Notice of Bankruptcy- Case # 25-19270** |

## Service Information

| Service Type | Issued Date |
|---|---|
| Regular Claim | 04/01/2016 |
| Regular Claim | 04/01/2016 |
| Writ - Garnishment of Wages | 02/24/2021 |
| Writ - Garnishment of Wages | 04/19/2021 |
| Writ - Garnishment of Wages | 08/09/2021 |
| Writ - Garnishment of Wages | 10/04/2021 |
| Writ - Garnishment of Wages | 10/25/2021 |
| Writ - Garnishment of Wages | 03/29/2022 |
| Writ - Garnishment of Wages | 03/21/2023 |
| Writ - Garnishment of Wages | 04/26/2023 |
| Writ - Garnishment of Wages | 03/22/2024 |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

Copyright © 2025. Maryland Judiciary. All rights reserved.
Service Desk: (410) 260-1114