# Maryland Judiciary Case Search

**NOTICE: Available**

## Case Detail

### Case Information

Court System: **Circuit Court For Allegany County - Civil**
Location: **Allegany Circuit Court**
Case Number: **C-01-JG-21-000088**
Title: **DEL&DEL PROPERTY vs. ROBERT COOK**
Case Type: **Judgment - District Court Lien**
Filing Date: **04/21/2021**
Case Status: **Closed**
Judicial Officer: **Twigg, Michael O**

### Other Reference Numbers

Judgment: **12-01-0000390-2016**

### Involved Parties Information

#### Assignee

Name: **The Judgment Group**

Address: **PO BOX 191**
City: **Stevensville**   State: **MD**   Zip Code: **21666**

#### Plaintiff

Name: **DEL&DEL PROPERTY**

Address: **7327 GAITHER RD**
City: **SYKESVILLE**   State: **MD**   Zip Code: **21784**

#### Defendant

Name: **COOK, ROBERT**

Address: **17905 LAUREL RUN RD SW #5**
City: **BARTON**   State: **MD**   Zip Code: **21521**

## Judgment Information

**Monetary**

Original Judgment

| | |
|---|---|
| Judgment Event Type: | **Recorded Lien** |
| Judge: | **Twigg, Michael O** |
| Judgment Against: | **COOK, ROBERT** |
| Judgment in Favor of: | **DEL&DEL PROPERTY;** <br> **The Judgment Group** |
| Judgment Ordered Date: | **04/21/2021** |
| Judgment Entry Date: | **04/21/2021** |
| Judgment Expiration Date: | **To be determined by case law or statute** |
| Post-Judgment Interest: | **Legal Rate** |
| Principal Amount: | **$6,565.00** |
| Filing Fee: | **$46.00** |
| Amount of Judgment: | **$6,611.00**     Total Judgment Index: **$6,611.00** |
| Comment: | |

| **Judgment Status** | **Status Date** |
|---|---|
| **Entered** | **04/21/2021** |

## Document Information

| | |
|---|---|
| File Date: | **04/21/2021** |
| Document Name: | **Recorded Lien** |
| Comment: | |

| | |
|---|---|
| File Date: | **04/21/2021** |
| Document Name: | **Circuit Court Lien Fee Payment Verified** |
| Comment: | **$15 fee collected in DC. JMB** |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

Copyright © 2025. Maryland Judiciary. All rights reserved.
Service Desk: (410) 260-1114