


# Maryland Judiciary Judgments and Liens Search

Circuit Court of Maryland

Go Back

## Judgment Information

### Original Judgment

Case Number: **01-P-05-004693**

County: **ALLEGANY COUNTY**

Judgment Event Type:

Judgment Entered Date: **05/17/2006**

Amount: **$1,295.00**

Book Page: **00000/00000**

For: **State Of Maryland**

Against: **Cook, Robert William Jr**