# Maryland Judiciary Judgments and Liens Search 

Circuit Court of Maryland

Go Back

## Judgment Information

### Original Judgment

| | |
|---|---|
| Case Number: | **01-K-12-014820JG** |
| County: | **ALLEGANY COUNTY** |
| Judgment Event Type | |
| Judgment Entered Date: | **04/25/2013** |
| Amount: | **$160.00** |
| Book Page: | **00000/00000** |
| For: | **Brown, Amy** |
| Against: | **Cook, Robert** |