**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**(Greenbelt Division)**

```
-------------------------------------------------------------X
In re:                                              :    Chapter 13
                                                    :
Robert W. Cook Jr.                                  :    Case No.  25-19270
            Debtor.                                 :
                                                    :
-------------------------------------------------------------X
                                                    *
Robert W. Cook Jr.                                  *
                                                    *
       Movant                                       *
v.                                                  *
                                                    *
THE ASSET RECOVERY GROUP, LLC                       *
T/A THE JUDGMENT GROUP                              *
ASSIGNEE FOR DEL&DEL PROPERTY                       *
                                                    *
       Respondent                                   *
                                                    *
```

**NOTICE OF DEBTOR'S MOTION TO AVOID LIEN**
**PURSUANT TO 11 U.S.C. § 522(f) AND HEARING THEREON**

Robert W. Cook, Jr., Debtor, filed a motion to avoid a lien held by the Respondent pursuant to 11 U.S.C. § 522(f). A copy of the motion is attached.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the motion to avoid the lien, or if you want the Court to consider your views on the motion, then by November 18, 2025 (parties served by mail may add three (3) days to this deadline), you or your attorney must file with the Clerk of the Court a written response to the motion explaining your position and mail a copy of the response to:

Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101

If you mail, rather than hand deliver, your response to the Clerk of the Court for filing, you must mail it early enough so that the Court will receive it by the deadline stated above.

If you file a timely response to the motion, the hearing on the motion will take place on January 22, 2026, at 11:30 a.m. in Courtroom 3-C, United States Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, MD 20770.

If you or your attorney do not file and serve a timely response to the motion, the Court may find that you do not oppose the relief sought in the motion and may grant or otherwise dispose of the motion before the scheduled hearing date.

                                            Respectfully submitted,

                                            /s/ Daniel M. Press
                                            Daniel M. Press, #07300
                                            Chung & Press, P.C.
                                            6718 Whittier Ave., Suite 200
                                            McLean, VA 22101
                                            (703) 734-3800
                                            (703) 734-0590 fax
                                            dpress@chung-press.com

**CERTIFICATE OF SERVICE**

I certify that on the 21st day of October, 2025, copies of the foregoing Notice were served upon the Respondent(s) whose name(s) and address(es) are set forth below, by first class mail, postage prepaid, addressed to:

The Asset Recovery Group, LLC
t/a The Judgment Group
SUSAN WILSON, Resident Agent
1003 BUTTERWORTH COURT
STEVENSVILLE MD 21666

                                             /s/Daniel M. Press
                                            Daniel M. Press
                                            CHUNG & PRESS, P.C.
                                            6718 Whittier Avenue, Suite 200
                                            McLean, Virginia 22101
                                            (703) 734-3800