**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**(Greenbelt Division)**

```
-----------------------------------------------------------X
In re:                                                     :    Chapter 13
                                                           :
Robert W. Cook Jr.                                         :    Case No.  25-19270
            Debtor.                                        :
                                                           :
-----------------------------------------------------------X
                                                           *
Robert W. Cook Jr.                                         *
                                                           *
       Movant                                              *
v.                                                         *
                                                           *
THE ASSET RECOVERY GROUP, LLC                              *
T/A THE JUDGMENT GROUP                                     *
ASSIGNEE FOR DEL&DEL PROPERTY                              *
                                                           *
       Respondent                                          *
                                                           *
```

**ORDER GRANTING MOTION TO AVOID JUDICIAL LIEN OF THE ASSET RECOVERY GROUP, LLC T/A THE JUDGMENT GROUP ON REAL PROPERTY**

Upon consideration of the Debtor's Motion to Avoid the Judicial Lien of The Asset Recovery Group, LLC t/a The Judgment Group on his residence, and after notice

and hearing, and it appearing that Debtor is entitled to claim as exempt his residence at 17905 Laurel Run Rd. SW, Barton MD 21521, which is subject to a judicial lien in favor of The Asset Recovery Group, LLC t/a The Judgment Group as a result of the judgment against the Debtor docketed in the Allegany County Circuit Court in Case No. C-01-JG-21-000088, and that because the total of the Debtor's exemptions and the amount of the prior liens exceeds the value of the property, the judicial lien is completely avoidable under 11 U.S.C. § 522(f) as impairing the Debtor'sexemption, it is hereby

ORDERED that the lien of the judgment in favor of The Asset Recovery Group, LLC t/a The Judgment Group docketed in the Allegany County Circuit Court in Case No. C-01-JG-21-000088, is hereby AVOIDED in its entirety from the Debtor's real property located at 17905 Laurel Run Rd. SW, Barton MD 21521, having a legal description:

Tax ID 10-016355

ALL that lot or parcel of ground situated on Laurel Run in Allegany County, Maryland, BEGINNING at a stone standing at the end of the second line of that lot pr parcel of ground which was sold and conveyed by Franklin P. Green and wife, to Clarence H. Green and wife, by Deed dated October 12, 1917, and recorded in Liber 124, Folio 106, one of the Land Records of Allegany County, Maryland, and running with the third line also part of the fourth line, South 62-3/4° West 317 feet to a stake; thence South 36° 52' East 165.7 feet, then leaving said fourth line and running through the whole lot North 60° 00' East 291.6 feet to a point 150 feet on the second line of the aforesaid whole lot, and with the remainder of said second line North 2R° 00' West 150 feet to the BEGINNING.

.

And it is FURTHER ORDERED that the Clerk of the Allegany County Circuit Court shall record a certified copy of this Order to provide public notice of the avoidance of the lien.

Copies to:

Debtors
Debtors' counsel

The Asset Recovery Group, LLC
t/a The Judgment Group
SUSAN WILSON, Resident Agent
1003 BUTTERWORTH COURT
STEVENSVILLE MD 21666

                    END OF ORDER