IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
*Greenbelt Division*

| | |
|---|---|
| IN RE:<br>Robert William Cook, Jr,<br>    *Debtor* | Case No. 25-19270 |
| Freedom Mortgage Corporation,<br>    *Claimant*<br><br>vs.<br><br>Robert William Cook, Jr,<br>    *Debtor* | Chapter 13 |

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

COMES NOW, Freedom Mortgage Corporation, (hereinafter "Claimant"), by and through counsel, files this Objection to Confirmation of Chapter 13 Plan pursuant to 11 U.S.C. § 1325, generally, and Fed. R. Bankr. Proc. Rule 3015(f), and in support, respectfully represents as follows:

1. Jurisdiction is based on 28 U.S.C. § 1334(e) and 11 U.S.C. § 1324(a).

2. On or about October 4, 2025, Robert William Cook, Jr (hereinafter "Debtor") filed a petition under Chapter 13 of the United States Bankruptcy Code.

3. Prior to the petition filing date, the Debtor executed a promissory note ("Note") in the principal amount of $85,858.00 at the original interest rate of 5.3750%. The obligations under the Note are secured by a Deed of Trust, encumbering real property owned by the Debtor, improved by a residence known as 17905 Laurel Run Rd Sw, Barton, MD 21521 (hereinafter "Property").

4. Claimant is a secured claimant with respect to the subject Property.

1

5. Claimant intends to timely file a proof of claim indicating pre-petition arrears of approximately $21,946.71.

6. Debtor Chapter 13 Plan (Doc. No. 14) ("Plan"), dated October 18, 2025, lists pre-petition arrears owed to Claimant in the amount of $19,030.00. *Chapter 13 Plan*, ¶ 4.6.2. This figure is inaccurate.

7. The Debtor Plan provides for monthly payments to the Chapter 13 Trustee in the amount of $500.00 for a period of sixty (60) months. *Chapter 13 Plan*, ¶ 1(a). Thus, the Debtor total future earnings to be submitted to the supervision and control of the Chapter 13 Trustee is $30,000.00.

8. Claimant objects to the extent that the Plan fails to provide for a full cure of the pre-petition default on its secured claim. 11 U.S.C. § 1322(b)(5).

9. Claimant also objects to the extent that the Plan is underfunded. As noted in Paragraph 7 *supra*, the Debtor total future earnings to be submitted to the supervision and control of the Chapter 13 Trustee under the Plan is $30,000.00. This amount will not satisfy Claimant's secured claim for the pre-petition arrears under the Note in the amount of $21,946.71, the administrative claim of Debtor attorney in the amount of $6,613.00, the estimated administrative claim of the Chapter 13 Trustee in the amount of $1,500.00 which commission is estimated conservatively at 5% of the total estimated Plan payments, all such claims totaling $30,059.71.

10. Claimant does not oppose the entry of an Order Denying Chapter 13 Plan With Leave to Amend or a continuance of the confirmation hearing to provide time for Debtor to submit amendments to the Plan consonant with the Claimant's secured claim.

WHEREFORE, the Claimant and its assigns, pray that this Court:

1. Enter an order denying confirmation of the Chapter 13 Plan; or,

2.      In the alternative, require the Debtor to file an amended Chapter 13 Plan in accordance with arrears stated herein within a reasonable period of time; and

3.      Grant such other and further relief as may be just and necessary.

                                                      Respectfully Submitted,

Date:  November 10, 2025

                                                    */s/Andrew Spivack*
                                                    Andrew Spivack, MD Fed. Dist. No. 21497
                                                    Ryan Srnik, MD Fed. Dist. No. 30811
                                                    M. Christine Maggard, MD Fed. Dist. No. 31067
                                                    Attorney for Creditor
                                                    BROCK & SCOTT, PLLC
                                                    3825 Forrestgate Drive
                                                    Winston Salem, NC 27103
                                                    Telephone: (844) 856-6646
                                                    Facsimile: (704) 369-0760
                                                    E-Mail: MDBKR@brockandscott.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of November, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Objection To Confirmation Of Chapter 13 Plan will be served electronically by the Court's CM/ECF system on the following:

Rebecca A. Herr, Chapter 13 Trustee

Daniel M. Press, Debtor Attorney

I hereby further certify that on the 10th day of November, 2025, a copy of the Objection To Confirmation Of Chapter 13 Plan was also mailed first class mail, postage prepaid to:

Robert William Cook, Jr
17905 Laurel Run Rd. SW
Barton, MD 21521

/s/Andrew Spivack
Andrew Spivack, MD Fed. Dist. No. 21497
Ryan Srnik, MD Fed. Dist. No. 30811
M. Christine Maggard, MD Fed. Dist. No. 31067
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: MDBKR@brockandscott.com