**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**
*Greenbelt Division*

| | |
|---|---|
| IN RE:<br>Robert William Cook, Jr<br>    *Debtor* | Case No. 25-19270 |
| Freedom Mortgage Corporation<br>    *Claimant,* | Chapter 13 |
| v. | |
| Robert William Cook, Jr<br>*Debtor/Respondent* | |

## ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN

Upon review of the Objection to Confirmation of Chapter 13 Plan filed herein by Freedom Mortgage Corporation, it is hereby,

ORDERED, that confirmation of the Chapter 13 Plan be and hereby is DENIED with leave to amend.

1

cc:

Daniel M. Press, Esq.
6718 Whittier Ave., Ste. 200
McLean, VA 22101
*Counsel for Debtor*

Robert William Cook, Jr
17905 Laurel Run Rd. SW
Barton, MD 21521
*Debtor*

Rebecca A. Herr
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401
*Chapter 13 Trustee*

Andrew Spivack
Brock and Scott, PLLC
3825 Forrestgate Dr.
Winston-Salem, NC 27103
*Counsel for Claimant*

**END OF ORDER**