UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

IN RE:

**ROBERT WILLIAM COOK, JR.**

       Debtor

Case No. **25-19270-MCR**
Chapter 13

### NOTICE OF CONTINUANCE OF 341 MEETING OF CREDITORS

Upon the Debtor's request, and approval by the Chapter 13 Trustee, REBECCA A. HERR, the Section 341 Meeting of Creditors has been continued to **December 5, 2025 at 9:30 am**.

The meeting of creditors will be held by Video: www.zoom.us/join, Telephone #: 1-667-406-0794, Meeting ID: 879-999-1048, Passcode: 1203282023.

PLEASE BE ADVISED THAT YOU ARE REQUIRED TO SERVE THIS NOTICE TO ALL CREDITORS AND OTHER PARTIES IN INTEREST LISTED ON THE MAILING MATRIX FILED WITH THE COURT. ALSO, A CERTIFICATE OF MAILING OF THIS NOTICE MUST BE FILED WITH THE UNITED STATES BANKRUPTCY COURT WITHIN TEN (10) DAYS OF THE DATE OF THIS NOTICE OR THE MEETING WILL NOT BE CONDUCTED.

November 13, 2025

/s/ REBECCA A. HERR
REBECCA A. HERR
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD  21401
RHERR@CH13MD.COM

### CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of November, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice of Continuance will be served electronically by the Court's CM/ECF system on the following:

Daniel M. Press  dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email
(Debtor(s) Counsel)

I hereby further certify that on the 13th day of November, 2025, a copy of the Notice of Continuance was also mailed first class mail, postage prepaid to:

ROBERT WILLIAM COOK, JR.
17905 LAUREL RUN RD. SW
BARTON, MD  21521
Debtor

/s/ REBECCA A. HERR
REBECCA A. HERR
Chapter 13 Trustee