Entered: November 21st, 2025
Signed: November 20th, 2025

**SO ORDERED**

The proof of claim confirms that the claim is time-barred as stated
in the Debtor's claim objection.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

```
-------------------------------------------------------------X
In re:                                    :      Chapter 7
                                          :
Robert William Cook, Jr.                  :      Case No.  25-19270-MCR
            Debtor.                       :
                                          :
-------------------------------------------------------------X
```

## ORDER SUSTAINING
## OBJECTION TO PROOF OF CLAIM #3 (LVNV Funding, LLC)

Upon consideration of the objection of the Debtor to Proof of Claim #3 filed in this case

by LVNV Funding, LLC, and any response thereto, and it appearing that the claim is time barred

and not owed, it is hereby

ORDERED that proof of claim #3 is DISALLOWED.

Copies to:

LVNV Funding, LLC
Attn. Alexica Marche' Thomason
, Claims Processor
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Debtor's Counsel (by CM/ECF)
Trustee (by CM/ECF)

End of Order