United States Bankruptcy Court
District of Maryland

In re:  Case No. 25-19270-MCR
Robert William Cook, Jr.  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0     User: admin     Page 1 of 2
Date Rcvd: Nov 21, 2025     Form ID: pdfparty     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert William Cook, Jr., 17905 Laurel Run Rd. SW, Barton, MD 21521-2055 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2025 19:23:15 | LVNV Funding, LLC, Attn. Alexica Marche' Thomason, Claims Processor, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 23, 2025     Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Leonard Spivack | andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Christine Maggard | christine.maggard@brockandscott.com wbecf@brockandscott.com |
| Daniel M. Press | dpress@chung-press.com pressdm@gmail.com,danpress@recap.email |

District/off: 0416-0 User: admin Page 2 of 2
Date Rcvd: Nov 21, 2025 Form ID: pdfparty Total Noticed: 2

Rebecca A. Herr
    ecf@ch13md.com

TOTAL: 4

**SO ORDERED**

The proof of claim confirms that the claim is time-barred as stated in the Debtor's claim objection.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

```
-------------------------------------------------------X
In re:                                                 :       Chapter 7
                                                       :
Robert William Cook, Jr.                               :       Case No.  25-19270-MCR
         Debtor.                                       :
                                                       :
-------------------------------------------------------X
```

**ORDER SUSTAINING**
**OBJECTION TO PROOF OF CLAIM #3 (LVNV Funding, LLC)**

Upon consideration of the objection of the Debtor to Proof of Claim #3 filed in this case by LVNV Funding, LLC, and any response thereto, and it appearing that the claim is time barred and not owed, it is hereby

ORDERED that proof of claim #3 is DISALLOWED.

Copies to:

LVNV Funding, LLC
Attn. Alexica Marche' Thomason
, Claims Processor
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Debtor's Counsel (by CM/ECF)
Trustee (by CM/ECF)

End of Order