IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
*Greenbelt Division*

| | |
|---|---|
| IN RE: | Case No. 25-19270 |
| Robert William Cook, Jr | |
| Debtor | Chapter 13 |

_____

### NOTICE OF VOLUNTARY WITHDRAWAL OF OBJECTION TO PLAN CONFIRMATION

COMES NOW, Freedom Mortgage Corporation, its successors and/or assigns, by and through counsel, hereby withdraws, without prejudice, its Objection to Plan Confirmation (Doc. No. 16) filed herein against Debtor Robert William Cook, Jr.

Respectfully submitted,

*/s/Andrew Spivack*
Andrew Spivack, MD Fed. Dist. No. 21497
M. Christine Maggard, MD Fed. Dist. No. 31067
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: MDBKR@brockandscott.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of January, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Withdrawal will be served electronically by the Court's CM/ECF system on the following:

Rebecca A. Herr, Chapter 13 Trustee

Daniel M. Press, Debtor's Attorney

I hereby further certify that on the 7th day of January, 2026, a copy of the Withdrawal was also mailed first class mail, postage prepaid to:

Robert William Cook, Jr
17905 Laurel Run Rd. SW
Barton, MD 21521

/s/Andrew Spivack
Andrew Spivack, MD Fed. Dist. No. 21497
M. Christine Maggard, MD Fed. Dist. No. 31067
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: MDBKR@brockandscott.com