United States Bankruptcy Court
District of Maryland

In re:                                                                                           Case No. 25-19270-MCR
Robert William Cook, Jr.                                                                         Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 08, 2026 | Form ID: pdfparty | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert William Cook, Jr., 17905 Laurel Run Rd. SW, Barton, MD 21521-2055 |
| | #+ | The Asset Recovery Group, LLC, t/a The Judgment Group, SUSAN WILSON, Resident Agent, 1003 BUTTERWORTH COURT, STEVENSVILLE, MD 21666-2561 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 10, 2026                    Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Leonard Spivack | andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Christine Maggard | christine.maggard@brockandscott.com wbecf@brockandscott.com |
| Daniel M. Press | dpress@chung-press.com pressdm@gmail.com,danpress@recap.email |
| Rebecca A. Herr | ecf@ch13md.com |

District/off: 0416-0 User: admin Page 2 of 2
Date Rcvd: Jan 08, 2026 Form ID: pdfparty Total Noticed: 2
TOTAL: 4

Entered: January 8th, 2026
Signed: January 7th, 2026

**SO ORDERED**

No opposition filed. The January 22, 2026 hearing is cancelled and has been removed from the Court's calendar.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
### (Greenbelt Division)

```
-----------------------------------------------------------X
In re:                                          :     Chapter 13
                                                :
Robert W. Cook Jr.                              :     Case No. 25-19270
          Debtor.                               :
                                                :
-----------------------------------------------------------X
                                                *
Robert W. Cook Jr.                              *
                                                *
          Movant                                *
v.                                              *
                                                *
THE ASSET RECOVERY GROUP, LLC                   *
T/A THE JUDGMENT GROUP                          *
ASSIGNEE FOR DEL&DEL PROPERTY                   *
                                                *
          Respondent                            *
_____      *
```

### ORDER GRANTING MOTION TO AVOID JUDICIAL LIEN OF THE ASSET RECOVERY GROUP, LLC T/A THE JUDGMENT GROUP ON REAL PROPERTY

Upon consideration of the Debtor's Motion to Avoid the Judicial Lien of The Asset Recovery Group, LLC t/a The Judgment Group on his residence, and after notice

and hearing, and it appearing that Debtor is entitled to claim as exempt his residence at 17905 Laurel Run Rd. SW, Barton MD 21521, which is subject to a judicial lien in favor of The Asset Recovery Group, LLC t/a The Judgment Group as a result of the judgment against the Debtor docketed in the Allegany County Circuit Court in Case No. C-01-JG-21-000088, and that because the total of the Debtor's exemptions and the amount of the prior liens exceeds the value of the property, the judicial lien is completely avoidable under 11 U.S.C. § 522(f) as impairing the Debtor's exemption, it is hereby

ORDERED that the lien of the judgment in favor of The Asset Recovery Group, LLC t/a The Judgment Group docketed in the Allegany County Circuit Court in Case No. C-01-JG-21-000088, is hereby AVOIDED in its entirety from the Debtor's real property located at 17905 Laurel Run Rd. SW, Barton MD 21521, having a legal description:

Tax ID 10-016355

ALL that lot or parcel of ground situated on Laurel Run in Allegany County, Maryland, ·BEGINNING at a stone standing at the end of the second line of that lot pr parcel of ground which was sold and conveyed by Franklin P. Green and wife, to Clarence H. Green and wife, by Deed dated October 12, 1917, and recorded in Liber 124, Folio 106, one of the Land Records of Allegany County, Maryland, and running with the third line also part of the fourth line, South 62-3/4° West 317 feet to a stake; thence South 36° 52' East 165.7 feet, then leaving said fourth line and running through the whole lot North 60° 00' East 291.6 feet to a point 150 feet on the second line of the aforesaid whole lot, and with the remainder of said second line North 2R° 00' West 150 feet to the BEGINNING.

.

And it is FURTHER ORDERED that the Clerk of the Allegany County Circuit Court shall record a certified copy of this Order to provide public notice of the avoidance of the lien.

Copies to:

Debtors
Debtors' counsel

The Asset Recovery Group, LLC
t/a The Judgment Group
SUSAN WILSON, Resident Agent
1003 BUTTERWORTH COURT
STEVENSVILLE MD 21666

        END OF ORDER