IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

In re:

**Robert W. Cook Jr.**

    Debtor.

Case Number:  25-19270
Chapter 13

## PRE-CONFIRMATION CERTIFICATION

The debtor hereby certifies under penalty of perjury that the following statements are true and correct:

1. The debtor has paid any fee, charge, or other amount required under 28 U.S.C. § 1930 or by the plan (i.e., adequate protection payments) to be paid before confirmation.

2. The debtor has paid all amounts that are required under a domestic support obligation and that first became payable after the date of the filing of the petition, if applicable.

3. The debtor has filed all applicable federal, state, and local tax returns with the appropriate taxing authorities for all taxable periods ending during the 4-year period ending on the date of the filing of the petition.

The debtor affirms that the plan is proposed in accordance with 11 U.S.C. § 1325 and requests said plan be confirmed.

DATE:  2/2/2026

/s/ Robert W. Cook Jr.
(Signature of Debtor)
Robert W. Cook Jr.

LBF-O v.2024