Entered: February 10th, 2026
Signed: February 9th, 2026

**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| In Re: | |
| ROBERT WILLIAM COOK, JR. | Case No. 25-19270-MCR<br>Chapter 13 |
| Debtor | |

### ORDER CONFIRMING PLAN

      The Plan under Chapter 13 of the Bankruptcy Code having been transmitted to creditor(s) and it having been determined, after hearing on notice, that the requirements for confirmation set forth in 11 U. S. C. §1325 have been satisfied and that the plan complies with the other applicable provisions of the Bankruptcy Code, it is hereby:

      **ORDERED**, that the Chapter 13 Plan filed December 29, 2025, is hereby confirmed; and it is further

      **ORDERED**, that the property of the estate shall not vest in the Debtor until the Debtor is granted a discharge or the case is dismissed or otherwise terminated; and it is further

      **ORDERED**, that the Debtor is directed to pay to the Trustee the sum of $500.00 per month for two (2) months; then $600.00 per month for fifty-eight (58) months on or before the 3rd day of each month for a total period of sixty (60) months; and it is further

      **ORDERED**, that the Debtor is directed to provide to the Trustee a copy of each Federal income tax return, and any amendment, at the same time it is filed with the taxing authority while the case is pending; and it is further

      **ORDERED**, that the Debtor is directed to provide to the Trustee annually not later than 45 days before the anniversary date of this Order, a statement, under penalty of perjury, of (i) the income and expenditures of the debtor during the tax year most recently concluded before such anniversary date, and (ii) the monthly income of the Debtor that shows how income, expenditures, and monthly income are calculated; and which discloses (a) the amount and sources of the Debtor's income, (b) the identity of any

person responsible with the Debtor for the support of any dependent, and (c) the identity of any person who contributed, and the amount contributed, to the household in which Debtor resides.

**TRUSTEE RECOMMENDATION**

The Chapter 13 Trustee represents that the plan complies with the provisions of the U.S.C. §1325 and recommends confirmation.

/s/ **REBECCA A. HERR**
Chapter 13 Trustee

cc:

ROBERT WILLIAM COOK, JR.
17905 LAUREL RUN RD. SW
BARTON, MD  21521
*Debtor*

DANIEL M PRESS ESQUIRE
CHUNG & PRESS P C
6718 WHITTIER AVE  STE 200
MCLEAN, VA  22101
*Attorney for Debtor*

REBECCA A. HERR
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD  21401
*Trustee*

All Creditors and Parties of interest.

**END OF ORDER**