United States Bankruptcy Court

District of Maryland

| | |
|---|---|
| In re: | Case No. 25-19270-MCR |
| Robert William Cook, Jr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 10, 2026 | Form ID: pdfall | Total Noticed: 17 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert William Cook, Jr., 17905 Laurel Run Rd. SW, Barton, MD 21521-2055 |
| 32977745 | + | Alleg. Co. Child Support, 1 Frederick St, Cumberland, MD 21502-2394 |
| 32977749 | + | Culligan Water, 273 Culligan Rd, Friedens, PA 15541-7531 |
| 32977753 | + | Potomac Edison, 10802 Bower Ave,, Williamsport, MD 21795-3016 |
| 32977754 | + | State of MD, c/o Allegany County State's Attorney, 59 Prospect Square # 111, Cumberland, MD 21502-2949 |
| 32977755 | + | The Judgment Group, PO BOX 191, Stevensville, MD 21666-0191 |
| 32977756 | + | Wepco FCU, 12511 Winchester Road, LaVale, MD 21502-6550 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 10 2026 19:33:00 | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, IN 46037-8022 |
| 32977746 | + | Email/Text: EBN@brockandscott.com | Feb 10 2026 19:32:00 | Brock & Scott, PLLC, 5431 Oleander Drive, Wilmington, NC 28403-5847 |
| 32977748 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Feb 10 2026 19:32:00 | Comptroller of Maryland, 7 St Paul St, Baltimore, MD 21202 |
| 32977747 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 10 2026 19:37:33 | Capital One, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 33032937 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 10 2026 19:33:00 | Freedom Mortgage / Attn: Bankruptcy Department, 11988 Exit 5 Pkwy., Bldg. 4, Fishers, IN 46037-8022 |
| 32977750 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 10 2026 19:33:00 | Freedom Mortgage Corp., 20 Lake Center Dr, Marlton, NJ 08053-3424 |
| 32977751 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 10 2026 19:33:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 32977752 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 10 2026 19:37:21 | LVNV Funding, PO Box 10587, Greenville, SC 29603-0587 |
| 32980234 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 10 2026 19:37:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 33024643 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 10 2026 19:33:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 33047050 | *+ | Freedom Mortgage / Attn: Bankruptcy Department, 11988 Exit 5 Pkwy., Bldg. 4, Fishers, IN 46037-8022 |

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 10, 2026 | Form ID: pdfall | Total Noticed: 17 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2026          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Leonard Spivack | andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Christine Maggard | christine.maggard@brockandscott.com wbecf@brockandscott.com |
| Daniel M. Press | dpress@chung-press.com pressdm@gmail.com,danpress@recap.email |
| Rebecca A. Herr | ecf@ch13md.com |

TOTAL: 4



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| In Re: | |
| ROBERT WILLIAM COOK, JR. | Case No. 25-19270-MCR |
| | Chapter 13 |
| Debtor | |

### ORDER CONFIRMING PLAN

The Plan under Chapter 13 of the Bankruptcy Code having been transmitted to creditor(s) and it having been determined, after hearing on notice, that the requirements for confirmation set forth in 11 U. S. C. §1325 have been satisfied and that the plan complies with the other applicable provisions of the Bankruptcy Code, it is hereby:

**ORDERED**, that the Chapter 13 Plan filed December 29, 2025, is hereby confirmed; and it is further

**ORDERED**, that the property of the estate shall not vest in the Debtor until the Debtor is granted a discharge or the case is dismissed or otherwise terminated; and it is further

**ORDERED**, that the Debtor is directed to pay to the Trustee the sum of $500.00 per month for two (2) months; then $600.00 per month for fifty-eight (58) months on or before the 3rd day of each month for a total period of sixty (60) months; and it is further

**ORDERED**, that the Debtor is directed to provide to the Trustee a copy of each Federal income tax return, and any amendment, at the same time it is filed with the taxing authority while the case is pending; and it is further

**ORDERED**, that the Debtor is directed to provide to the Trustee annually not later than 45 days before the anniversary date of this Order, a statement, under penalty of perjury, of (i) the income and expenditures of the debtor during the tax year most recently concluded before such anniversary date, and (ii) the monthly income of the Debtor that shows how income, expenditures, and monthly income are calculated; and which discloses (a) the amount and sources of the Debtor's income, (b) the identity of any

person responsible with the Debtor for the support of any dependent, and (c) the identity of any person who contributed, and the amount contributed, to the household in which Debtor resides.

**TRUSTEE RECOMMENDATION**
The Chapter 13 Trustee represents that the plan complies with the provisions of the U.S.C. §1325 and recommends confirmation.

/s/ REBECCA A. HERR
Chapter 13 Trustee

cc:

ROBERT WILLIAM COOK, JR.
17905 LAUREL RUN RD. SW
BARTON, MD  21521
*Debtor*

DANIEL M PRESS ESQUIRE
CHUNG & PRESS P C
6718 WHITTIER AVE  STE 200
MCLEAN, VA  22101
*Attorney for Debtor*

REBECCA A. HERR
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD  21401
*Trustee*

All Creditors and Parties of interest.

**END OF ORDER**