IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
*Greenbelt Division*

| | |
|---|---|
| IN RE:<br>ROBERT WILLIAM COOK, JR,<br>     Debtor | Case No. 25-19270 |
| Freedom Mortgage Corporation,<br>     Movant<br><br>vs.<br><br>ROBERT WILLIAM COOK, JR,<br>     Debtor | Chapter 13 |

**MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL PROPERTY
LOCATED AT 17905 LAUREL RUN RD SW, BARTON, MARYLAND 21521**

COMES NOW, Freedom Mortgage Corporation (hereinafter "Movant"), its assigns and/or its successors in interest, by and through counsel, moves for relief from the automatic stay of 11 U.S.C. § 362(a) pursuant to Fed. R. Bankr. P. Rules 4001, 9014, and Maryland Local Bankr. Rule 4001-1, and respectfully represents as follows:

1. Jurisdiction is based on 28 U.S.C. §§ 157 and 1334 of the United States Bankruptcy Code.  The relief requested may be granted in accordance with the provisions of 11 U.S.C. §§ 105(a) and 362(d) and pursuant to Fed. Bank. Proc. Rules 9013 and 4001.

2. On or about October 4, 2025, ROBERT WILLIAM COOK, JR (hereinafter "Debtor") filed a voluntary petition in this Court under Chapter 13 of the United States Bankruptcy Code.

3. Rebecca A Herr is the duly appointed Chapter 13 Trustee of the Debtor's bankruptcy estate.

5

4. At the time of initiation of the bankruptcy proceedings, the Debtor owned a parcel of real estate located in Allegany County, Maryland, and improved by a residence known as 17905 Laurel Run Rd SW, Barton, Maryland 21521 (hereinafter the "Property").

5. Movant is a secured creditor of the Debtor and the Movant's interest is evidenced by a Note dated December 7, 2018, and executed by Robert W. Cook Jr., in the original principal amount of $85,858.00, with interest at the original note rate of 5.3750%. A copy of the promissory note is attached hereto.

6. Said promissory note is secured by a certain Deed of Trust also dated December 7, 2018 and recorded in the land records of Allegany County, Maryland, related to the subject Property. A copy of the deed of trust is attached hereto.

7. Movant now seeks relief from the automatic stay against the Debtor pursuant to 11 U.S.C. § 362(d) and Maryland Local Bankr. Rule 3070-1(a) for Debtor's failure to maintain post-petition adequate protection payments to Movant as required by the aforementioned promissory note and deed of trust.

8. As of February 4, 2026, the Debtor is in default under the Deed of Trust and Note and is contractually due for:

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Amounts Delinquent |
|---|---|---|---|---|
| 3 | December 1, 2025 | February 1, 2026 | $735.28 | $2,205.84 |
| | | | Less partial payments (suspense balance): | ($0.00) |
| | | | | **Total: $2,205.84** |

9. Movant has incurred attorney fees of $1,350.00 and filing cost of $199.00 associated with the present motion.

10. A copy of the post-petition payment history is attached hereto as an Exhibit.

11. A statement of Debtor's accrued pre-petition payment arrearage is as follows. The total pre-petition arrearage is $23,814.79. A more detailed statement of pre-petition debt is contained in <u>Claim No. 5</u> dated December 24, 2025.

12. A detailed statement of debt as of February 4, 2026 is itemized as follows:

| | |
|---|---:|
| Unpaid Principal Balance | $78,359.79 |
| Accrued Interest | $6,352.44 |
| Late Fees | $346.14 |
| Escrow Advance Balance | $4,984.85 |
| Additional Fees Due | $13,033.09 |
| Total: | $103,076.31 |

This statement of debt is not equivalent to a verified payoff statement. If you wish to receive a verified payoff statement you must request one directly from the lender.

13. The amounts listed above may not include any post-petition fees and costs previously filed with the Court pursuant to Rule 3002.1. The Secured Creditor does not waive it's right to collect these amounts.

14. The Movant avers that there is no equity in the Property because the total liens against the Property exceeds its fair market value. Debtor's Schedule A/B lists the market value of the Property as $30,000.00. Moreover, the Maryland State Department of Assessments and Taxation's real property report dated July 1, 2025 values the Property at $116,800.00.

15. Movant lacks adequate protection of its interest in the Property and Movant continues to be irreparably injured by the stay of 11 U.S.C. § 362(a).

16. Cause exists for terminating the automatic stay imposed by 11 U.S.C. § 362(a) to enable Movant to avail itself of its rights and remedies under its promissory note, security instrument, and state law, including but not limited to the commencement of foreclosure proceedings against the Property.

17. In the event the automatic stay under 11 U.S.C. § 362(a) is terminated as to the subject Property, Movant may, at its discretion, discuss, offer and enter into any potential non-bankruptcy loss mitigation agreements, such as a forbearance agreement, a deed-in-lieu agreement or a loan modification agreement, with the Debtor.

WHEREFORE, the Movant, its assigns and/or successors-in-interest prays that this Court:

1. Enter an order terminating the automatic stay imposed by 11 U.S.C. § 362(a) of the United States Bankruptcy Code to enable Movant to avail itself of its rights and remedies under the promissory note, deed of trust, and state law, including but not limited to the initiation of foreclosure proceedings against the property located at 17905 Laurel Run Rd SW, Barton, MD 21521 and to allow successful purchaser to obtain possession of same; and,

2. That the Trustee cease making any further distributions to the Movant; and,

3. Grant such other and further relief as may be just and necessary.

Respectfully Submitted,

*/s/Andrew Spivack*
Andrew Spivack, MD Fed. Dist. No. 21497
M. Christine Maggard, MD Fed. Dist. No. 31067
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: MDBKR@brockandscott.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of February, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Motion For Relief will be served electronically by the Court's CM/ECF system on the following:

Rebecca A Herr, Chapter 13 Trustee, at ecf@ch13md.com

Daniel M Press, Debtor's Attorney, at dpress@chung-press.com

I hereby further certify that on the 18th day of February, 2026, a copy of the Motion For Relief was also mailed first class mail, postage prepaid to:

ROBERT WILLIAM COOK, JR
17905 LAUREL RUN RD. SW
BARTON, MD 21521

*/s/Andrew Spivack*
Andrew Spivack, MD Fed. Dist. No. 21497
M. Christine Maggard, MD Fed. Dist. No. 31067
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: MDBKR@brockandscott.com

9