IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
*Greenbelt Division*

| | |
|---|---|
| IN RE:<br>ROBERT WILLIAM COOK, JR,<br>　　Debtor | Case No. 25-19270 |
| Freedom Mortgage Corporation,<br>　　Movant<br><br>vs.<br><br>ROBERT WILLIAM COOK, JR,<br>　　Debtor | Chapter 13 |

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND HEARING THEREON

　　Freedom Mortgage Corporation, and its assigns, by and through counsel, has filed papers with the Court seeking relief from the automatic stay of 11 U.S.C. §§ 362(a) against the property located at:

**17905 Laurel Run Rd SW, Barton, Maryland 21521**

Your rights may be affected.  You should read these papers carefully and discuss them with your lawyer.  If you do not have a lawyer, you may wish to consult one.

　　If you do not want the Court to grant the motion for relief from automatic stay, or if you want the Court to consider your views on the motion, then by March 4, 2026, you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to:

| | |
|---|---|
| Daniel M Press, Esq.<br>Chung & Press, P .C.<br>6718 Whittier Ave., Ste. 200<br>McLean, VA 22101<br>*Counsel for Debtor* | Rebecca A Herr<br>185 Admiral Cochrane Dr.<br>Suite 240<br>Annapolis, MD 21401<br>*Chapter 13 Trustee* |

2

| | |
|---|---|
| ROBERT WILLIAM COOK, JR<br>17905 LAUREL RUN RD. SW<br>BARTON, MD 21521<br>*Debtor* | Andrew Spivack, Esq.<br>Brock & Scott, PLLC<br>3825 Forrestgate Dr.<br>Winston-Salem, NC 27103<br>*Counsel for Movant* |

    If you mail rather than deliver your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the Court will receive it by the date stated above.

    **The hearing is scheduled for <u>March 12, 2026, at 10:00 am, in Courtroom</u> 3-C of the United States Bankruptcy Court, Federal Courthouse, 6500 Cherrywood Lane, Greenbelt, MD 20770.**

IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.

Date: <u>February 18, 2026</u>

    */s/Andrew Spivack*
    Andrew Spivack, MD Fed. Dist. No. 21497
    M. Christine Maggard, MD Fed. Dist. No. 31067
    Attorney for Creditor
    BROCK & SCOTT, PLLC
    3825 Forrestgate Drive
    Winston Salem, NC 27103
    Telephone: (844) 856-6646
    Facsimile: (704) 369-0760
    E-Mail: MDBKR@brockandscott.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of February, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice Of Hearing will be served electronically by the Court's CM/ECF system on the following:

Rebecca A Herr, Chapter 13 Trustee, at ecf@ch13md.com

Daniel M Press, Debtor's Attorney, at dpress@chung-press.com

I hereby further certify that on the 18th day of February, 2026, a copy of the Notice Of Hearing was also mailed first class mail, postage prepaid to:

ROBERT WILLIAM COOK, JR
17905 LAUREL RUN RD. SW
BARTON, MD 21521

*/s/Andrew Spivack*
Andrew Spivack, MD Fed. Dist. No. 21497
M. Christine Maggard, MD Fed. Dist. No. 31067
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: MDBKR@brockandscott.com