**POST PETITION HISTORY**

| DEBTOR NAME | ROBERT W COOK JR |
|---|---|
| BK CASE NUMBER | 2519270 |
| LOAN NUMBER | |
| PROPERTY ADDRESS | 17905 Laurel Run Rd Sw Barton, MD 21521 |
| FILING DATE | 10/4/2025 |
| SERVICER | Freedom Mortgage Corporation |

| DTE RECVD | DUE DATE | AMT DUE | AMT RECVD | SUS APP | SUS BAL | COMMENTS |
|---|---|---|---|---|---|---|
| | | | | $ - | $ - | |
| 11/19/2025 | | 735.28 | 735.28 | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |