Allegany County Circuit Court
IMP FD SURE        $40.00
RECORDING FEE      $20.00

TOTAL              $60.00
DDL JG
Dec 07, 2023      10:33 am

**Loan Number** ▮▮▮▮▮▮

# ASSIGNMENT OF DEED OF TRUST

**FOR GOOD AND VALUABLE CONSIDERATION,** the sufficiency of which is hereby acknowledged, the undersigned, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS BENEFICIARY, AS NOMINEE FOR ALCOVA MORTGAGE, LLC, ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026)** by these presents does convey, grant, assign, transfer and set over the described Deed of Trust, all liens, and any rights due or to become due thereon to **FREEDOM MORTGAGE CORPORATION, WHOSE ADDRESS IS 20 LAKE CENTER DRIVE, MARLTON, NJ 08053** ▮▮▮▮▮ **TS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Deed of Trust is dated 12/07/2018, which was executed by **ROBERT W. COOK, JR.** and recorded among the land records of BARTON (City), **ALLEGANY** (County), **Maryland**, in **Book 2433 and Page 429**. Property is commonly known as: 17905 LAUREL RUN RD SW, BARTON, MD 21521.

**Dated this 07th day of December in the year 2023**
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS BENEFICIARY, AS NOMINEE FOR ALCOVA MORTGAGE, LLC, ITS SUCCESSORS AND ASSIGNS**

_Tracy Rogers_
**TRACY ROGERS**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA    COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on this 07th day of December in the year 2023, by Tracy Rogers as VICE PRESIDENT of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS BENEFICIARY, AS NOMINEE FOR ALCOVA MORTGAGE, LLC, ITS SUCCESSORS AND ASSIGNS, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_Vicky McCoy_
**VICKY MCCOY**
**COMM EXPIRES: 12/18/2026**



VICKY MCCOY
Notary Public - State of Florida
Commission # ▮▮▮▮▮
My Comm. Expires ▮▮▮▮▮
Bonded through National Notary Assn.

When Recorded Return To: Freedom Mortgage Corporation, C/O Nationwide Title Clearing, LLC 2100 Alt. 19 North, Palm Harbor, FL 34683

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) ▮▮▮
MERS PHONE ▮▮▮  MERS Mailing Address: P.O. Box 2026, Flint, MI

Date available 12/14/2023. Printed 01/02/2025.
ALLEGANY COUNTY CIRCUIT COURT (Land Records)