IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

```
-------------------------------------------------------------X
In re:                                           :    Chapter 7
                                                 :
Robert William Cook, Jr.                         :    Case No. 25-19270-MCR
         Debtor.                                 :
                                                 :
-------------------------------------------------------------X
```

### DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM STAY

1. Admitted that jurisdiction is proper; otherwise denied.

2. Paragraph 2 is admitted.

3. Paragraph 3 is admitted.

4. Paragraph 4 is admitted.

5. Debtor lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 5 and therefore denies the same and demands strict proof thereof.

6. Paragraph 6 is admitted.

7. Admitted that Movant so seeks.

8. Denied.

9. Debtor lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 9 and therefore denies the same and demands strict proof thereof.

10. Denied.

11. Admitted.

12. Debtor lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 12 and therefore denies the same and demands strict proof thereof.

13. Denied.

14. Admitted.

15. Denied.

16. Denied.

17. Admitted.

*Separate and Affirmative Defenses*

1. The property is necessary for an effective reorganization. The Movant is adequately protected by the plan payments.

WHEREFORE, the Debtor respectfully requests that the Motion be denied.

Dated: March 3. 2026.

Respectfully submitted,

__/s/Daniel M. Press_____
Daniel M. Press
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
dpress@chung-press.com
Counsel for Debtor

## CERTIFICATE OF SERVICE

I certify that on the 3rd day of March, 2026, the foregoing Response was served on the Trustee and Counsel for Movant by CM/ECF as follows:

Rebecca A. Herr ecf@ch13md.com

Mary Christine Maggard christine.maggard@brockandscott.com, wbecf@brockandscott.com

Andrew Leonard Spivack andrew.spivack@brockandscott.com, wbecf@brockandscott.com

       /s/Daniel M. Press
Daniel M. Press
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800