**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
*Greenbelt Division*

| | |
|---|---|
| IN RE: <br> ROBERT WILLIAM COOK, JR , <br>      Debtor | Case No. 25-19270 |
| Freedom Mortgage Corporation, <br>      Movant <br><br> vs. <br><br> ROBERT WILLIAM COOK, JR , <br>      Debtor | Chapter 13 |

**MFR No. 28**

**NOTICE OF CONTINUANCE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

Freedom Mortgage Corporation has filed papers with the court seeking relief from the automatic stay of 11 U.S.C Section 362 (a) to enable it to proceed to foreclose on the property located at:

**17905 Laurel Run Rd SW, Barton, Maryland 21521**

Your rights may be affected.  You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case.  (If you do not have a lawyer, you may wish to consult one.)

**The hearing is rescheduled on <u>July 2, 2026</u>, at <u>10:00 AM</u>, in <u>Court Room 3-C</u>, located at United States Bankruptcy Court, Maryland - Greenbelt, 6500 Cherrywood Lane, Greenbelt, MD 20770.**

<u>/s/Andrew Spivack</u>
Andrew Spivack, MD Fed. Dist. No. 21497
M. Christine Maggard, MD Fed. Dist. No. 31067
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103

1

Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: MDBKR@brockandscott.com

Case 25-19270   Doc 31   Filed 05/28/26   Page 2 of 3

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 28th day of May, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice of Continuance of Hearing will be served electronically by the Court's CM/ECF system on the following:

Rebecca A Herr, Chapter 13 Trustee

Daniel M Press, Debtor's Attorney

I hereby further certify that on the 28th day of May, 2026, a copy of the Notice of Continuance of Hearing was also mailed first class mail, postage prepaid to:

ROBERT WILLIAM COOK, JR
17905 LAUREL RUN RD. SW
BARTON, MD 21521

*/s/Andrew Spivack*
Andrew Spivack, MD Fed. Dist. No. 21497
M. Christine Maggard, MD Fed. Dist. No. 31067
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: MDBKR@brockandscott.com

3