**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

-------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | **Chapter 7** |
| | : | |
| Robert William Cook, Jr. | : | **Case No.** 25-19270-MCR |
| **Debtor.** | : | |
| | : | |

-----------------------------------------------------------

**DEBTOR'S RESPONSE TO MOTION TO DISMISS**

NOW COMES the Debtor, through counsel, and in response to the Motion to Dismiss states as follows:

Debtor admits that he is behind on payments; however, he has found new employment and expects to be able to catch up soon.

WHEREFORE, the Debtor respectfully requests that the Motion be denied.

Dated: July 23. 2026.

Respectfully submitted,

__/s/Daniel M. Press_____
Daniel M. Press #07300
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
dpress@chung-press.com
Counsel for Debtor

## CERTIFICATE OF SERVICE

I certify that on the 23rd day of July, 2026, the foregoing Response was served on the Trustee and other parties receiving such notice by CM/ECF as follows:

Rebecca A. Herr ecf@ch13md.com

Mary Christine Maggard christine.maggard@brockandscott.com, wbecf@brockandscott.com

Andrew Leonard Spivack andrew.spivack@brockandscott.com, wbecf@brockandscott.com

    /s/Daniel M. Press        
Daniel M. Press
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800