Entered: July 24th, 2026
Signed: July 23rd, 2026

## SO ORDERED

This Order may not be binding on a Chapter 7 trustee in the event the case is converted to Chapter 7. Perkins v. Perkins (In re Perkins), 36 B.R. 618 (Bankr. M.D. Tenn. 1983).



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
*Greenbelt Division*

| | |
|---|---|
| IN RE:<br>ROBERT WILLIAM COOK, JR ,<br>        Debtor | Case No. 25-19270 |
| Freedom Mortgage Corporation,<br>        Movant<br><br>vs.<br><br>ROBERT WILLIAM COOK, JR ,<br>        Debtor | Chapter 13 |

RE:  MFR No. 28

## CONSENT ORDER MODIFYING AUTOMATIC STAY ON REAL PROPERTY LOCATED AT 17905 LAUREL RUN RD SW, BARTON, MD 21521

Freedom Mortgage Corporation (hereinafter "Movant"), and ROBERT WILLIAM

COOK, JR (hereinafter "Debtor") each by and through counsel, reached an agreement in this

matter as follows.  No other party-in-interest has filed a response to the motion for relief from stay, and consequently there is no objection to the relief requested.

WHEREAS the parties stipulate that the total post-petition amount due under this Order is as follows:

| | |
|---|---|
| 1 Monthly Payment for the Month of February 1, 2026 in the amount of $735.28 | $735.28 |
| 5 Monthly Payments for the Months of March 1, 2026 to July 1, 2026 in the amount of $758.46 each | $3,792.30 |
| Legal Fees | $1,549.00 |
| Less Suspense Balance | ($-23.18) |
| TOTAL: | $6,053.40 |

The amounts listed above may not include any post-petition fees and costs previously filed with the Court pursuant to Rule 3002.1.  The Secured Creditor does not waive it's right to collect these amounts.

The parties further stipulate that Movant is a secured creditor of the Debtor and Movant's claim is based upon a certain promissory note ("Note") dated December 7, 2018, and repayment under the Note is secured by a Deed of Trust recorded among the land records of Allegany County, Maryland at Book 2433, Page 429.

Upon review of the Motion for Relief from Automatic Stay (Motion No. 28) filed herein by Movant, it is hereby,

ORDERED that the automatic stay is MODIFIED, pursuant to 11 U.S.C. § 362(d) to permit Movant to initiate action with regard to the property located at 17905 Laurel Run Rd SW, Barton, MD 21521 (the "Property"), including but not limited to the commencement or continuation of foreclosure proceedings as permitted by state law and pursuant to the terms of the Deed of Trust,  to obtain or transfer title to the Property, and to allow the successful purchaser to take action permitted by state law to obtain possession of same; and it is further,

2

ORDERED that the above order is STAYED, provided the Debtor:

1.      Makes the regular monthly payment of $758.46 on or before August 1, 2026, and on the 1st day of each month thereafter, as they become due, pursuant to the terms of the Note or any past or future loan modification agreement secured by the Deed of Trust on the Property; and,

2.      The Debtor agrees to cure the arrears of $6,053.40 by payments to Movant in the amount of $1,008.90 for the next five (5) consecutive months, and a final payment of $1,008.90, to be tendered on or before the 15th day of each month beginning August, 2026; and

ORDERED that all payments required under this Order shall be made payable to:

Freedom Mortgage / Attn: Payment Processing
11988 Exit 5 Pkwy., Bldg. 4
Fishers, IN 46037-7939

ORDERED that in the event if any payment or portion of any payment required to be made hereunder is not received by Movant by the date that it is due, including any payment due on or after August 1, 2026, the Debtor shall be deemed to be in default under this Order.  In such event, Movant's attorney shall file a Notice of Default with this Court stating the amount due and shall mail a copy of said notice to the Debtor and to Debtor's attorney.  If the Debtor does not (i) cure the default by paying the amount stated in the notice, or (ii) file an objection stating such specific reasons and request a hearing thereon, within ten (10) days of the date of the notice, the automatic stay of 11 U.S.C. § 362(a) shall terminate without any further proceeding in this Court and Movant shall be free to initiate action against the Property, including, but not limited to, commencement of foreclosure action.  In the event the Debtor files an opposition to the Notice on or before ten (10) days of the Notice of Default, the stay shall remain in effect until the dispute is adjudicated; and it is further,

3

ORDERED that any cure of the Notice of Default must include all amounts set forth therein, as well as any payments which may have subsequently become due under the terms of this Order and that are due at the time Debtor tenders funds to cure the default; and it is further,

ORDERED that the acceptance of partial payment by the Movant during the cure period shall not constitute satisfaction or waiver of the Notice of Default and the automatic stay shall terminate upon the expiration of the ten (10) day cure period in the absence of complete cure of the default, notwithstanding partial payment; and it is further,

ORDERED that in the event Debtor defaults pursuant to the terms contained herein, the Movant shall be entitled to reasonable attorney fees for issuance of each Notice of Default, and an additional fee for the issuance of a Notice of Secured Creditor's Right to Commence Foreclosure Proceedings; and it is further,

ORDERED that upon the filing of the third such notice of default, the automatic stay shall immediately terminate and Movant shall be free to initiate action against the Property, including but not limited to commencement of foreclosure proceedings; and it is further,

ORDERED that in the event Debtor converts this case to a case under Chapter 7 of the U.S. Bankruptcy Code, the automatic stay provided for under § 362(a) shall be terminated as to the Debtor's interests and the bankruptcy estate's interest, effective the date of conversion without any further proceeding in this Court; and it is further,

ORDERED that the provisions set forth in this Order shall apply to any subsequent assignee of the Movant and/or their successors in interest; and it is further,

ORDERED that if the holder of any other Deed of Trust on the Property obtains relief from the automatic stay, then the Movant herein shall automatically be granted relief from the automatic stay; and it is further,

ORDERED, that in the event that the Automatic Stay is terminated, upon notice of the same filed with the Court, the Trustee is directed to cease making any further distributions to the Movant pursuant to their valid secured proof of claim; and it is further,

ORDERED, that should this relief be vacated, that the Trustee will resume making distributions to the Movant pursuant to their valid secured proof of claim; and it is further,

ORDERED that the fourteen (14) day stay of relief pursuant to Fed. Rule Bankr. P. 4001(a)(4) is hereby waived.

**SEEN AND AGREED:**

<table>
<tr><td>

_/s/ Andrew Spivack_
Andrew Spivack, Esq.
(Bar No. 21497)
BROCK & SCOTT, PLLC
3825 Forrestgate Dr.
Winston-Salem, NC 27103
844-856-6646
704-369-0760 facsimile
MDBKR@brockandscott.com
_Counsel for Movant_

</td><td>

_/s/ Daniel M Press_
_(signed with expressed_
_permission)_
Daniel M Press, Esq.
Chung & Press, P .C.
6718 Whittier Ave., Ste. 200
McLean, VA 22101
(703) 734-3800
 dpress@chung-press.com
_Counsel for Debtor_

</td></tr>
</table>

**CERTIFICATION OF DEBTOR'S ATTORNEY**

I HEREBY CERTIFY that I approve of the foregoing Consent Order Modifying Automatic Stay and that its terms have been provided to the Debtor, who consents to the terms provided therein.

_/s/ Daniel M Press_
Daniel M Press, Esq.
_Counsel for Debtor_

## CERTIFICATION OF CONSENT

I HEREBY CERTIFY that the terms of the Consent Order Modifying Automatic Stay submitted to the Court are identical to those set forth in the original; and the signatures represented by the ___/s/_____ on this copy references the signatures of the consenting parties on the original consent order.

> */s/ Andrew Spivack*
> Andrew Spivack, Esq.
> *Counsel for Movant*

cc:

Andrew Spivack, Esq.
BROCK & SCOTT, PLLC
3825 Forrestgate Dr.
Winston-Salem, NC 27103
*Counsel for Movant*

Daniel M Press, Esq.
Chung & Press, P .C.
6718 Whittier Ave., Ste. 200
McLean, VA 22101
*Counsel for Debtor*

ROBERT WILLIAM COOK, JR
17905 LAUREL RUN RD. SW
BARTON, MD 21521
*Debtor*

Rebecca A Herr
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401
*Chapter 13 Trustee*

**END OF ORDER**