United States Bankruptcy Court

District of Maryland

In re:                                                                          Case No. 25-19270-MCR

Robert William Cook, Jr.                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0                     User: admin                                    Page 1 of 1

Date Rcvd: Jul 29, 2026                  Form ID: ntchrgb2                           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2026:**

**Recip ID              Recipient Name and Address**
db                   +  Robert William Cook, Jr., 17905 Laurel Run Rd. SW, Barton, MD 21521-2055

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2026                       Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2026 at the address(es) listed below:**

**Name                  Email Address**

Andrew Leonard Spivack
                        andrew.spivack@brockandscott.com  wbecf@brockandscott.com

Daniel M. Press
                        dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email

Mary Christine Maggard
                        christine.maggard@brockandscott.com  wbecf@brockandscott.com

Rebecca A. Herr
                        ecf@ch13md.com

TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

In re:    Case No.: **25–19270 – MCR**    Chapter: **13**

**Robert William Cook Jr.**
Debtor

## NOTICE

Virtual hearing – Contact case trustee for hearing information.

PLEASE TAKE NOTICE that a hearing will be held on 8/25/26 at 10:00 AM to consider and act upon the following:

32 – Trustee's Motion to Dismiss Case Filed by Rebecca A. Herr. (Herr, Rebecca)

33 – Response on behalf of Robert William Cook Jr. Filed by Daniel M. Press (related document(s)32 Trustee's Motion to Dismiss Case filed by Trustee Rebecca A. Herr). (Press, Daniel)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 7/29/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, C Paige
410–962–4434

Form ntchrgmdb (rev. 08/13/2024)