**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

-------------------------------------------------------------X

| | | |
|---|---|---|
| **In re:** | : | **Chapter 7** |
| | : | |
| Robert William Cook, Jr. | : | **Case No.** 25-19270-MCR |
| **Debtor.** | : | |
| | : | |

------------------------------------------------------------

## NOTICE OF CHANGE OF COUNSEL'S ADDRESS

Please take notice that effective August 15, 2026, the undersigned is changing firms.  The

new address is below.

Dated: August 14, 2026.

 /s/ Daniel M. Press
Daniel M. Press, #07300
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 14th day of August, 2026, I caused to be served the foregoing Notice on the U.S. Trustee, the Chapter 13 Trustee, and all parties requesting notice by CM/ECF, as follows:

Rebecca A. Herr ecf@ch13md.com

Mary Christine Maggard christine.maggard@brockandscott.com, wbecf@brockandscott.com

_/s/ Daniel M. Press_____
Daniel M. Press