**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 7** |
| | : | |
| Robert William Cook, Jr. | : | **Case No.** 25-19270-MCR |
| **Debtor.** | : | |
| | : | |

**DEBTOR'S WITHDRAWAL OF RESPONSE TO MOTION TO DISMISS**

NOW COMES the Debtor, through counsel, and withdraws his response to the Trustee's Motion to Dismiss..

Dated: August 24. 2026.

Respectfully submitted,

__/s/Daniel M. Press________

Daniel M. Press #07300
LAW OFFICES OF DANIEL M. PRESS
201 Washington St
Cumberland MD 21502
(703) 725-7600
dan@danpress.us
Counsel for Debtor

**CERTIFICATE OF SERVICE**

I certify that on the 24th day of August, 2026, the foregoing Withdrawal was served on the Trustee and other parties receiving such notice by CM/ECF as follows:

Rebecca A. Herr ecf@ch13md.com

Mary Christine Maggard christine.maggard@brockandscott.com,
wbecf@brockandscott.com

Andrew Leonard Spivack andrew.spivack@brockandscott.com,
wbecf@brockandscott.com

__/s/Daniel M. Press________
Daniel M. Press