United States Bankruptcy Court
District of Maryland

In re: Case No. 25-19270-MCR
Robert William Cook, Jr. Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0 User: admin Page 1 of 2
Date Rcvd: Aug 26, 2026 Form ID: ntcdsm Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert William Cook, Jr., 17905 Laurel Run Rd. SW, Barton, MD 21521-2055 |
| 32977745 | + | Alleg. Co. Child Support, 1 Frederick St, Cumberland, MD 21502-2394 |
| 32977749 | + | Culligan Water, 273 Culligan Rd, Friedens, PA 15541-7531 |
| 32977753 | + | Potomac Edison, 10802 Bower Ave,, Williamsport, MD 21795-3016 |
| 32977754 | + | State of MD, c/o Allegany County State's Attorney, 59 Prospect Square # 111, Cumberland, MD 21502-2949 |
| 32977755 | + | The Judgment Group, PO BOX 191, Stevensville, MD 21666-0191 |
| 32977756 | + | Wepco FCU, 12511 Winchester Road, LaVale, MD 21502-6550 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: bnc@ch13md.com | Aug 26 2026 19:45:00 | Rebecca A. Herr, Chapter 13 Trustee, 185 Admiral Cochrane Dr., Suite 240, Annapolis, MD 21401-7623 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 26 2026 19:45:00 | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, IN 46037-8022 |
| 33171552 | + | Email/Text: shannon.kesner@alleganygov.org | Aug 26 2026 19:45:00 | Allegany County Tax & Utility Office, 701 Kelly Road, Cumberland, MD 21502-2882 |
| 32977746 | + | Email/Text: EBN@brockandscott.com | Aug 26 2026 19:45:00 | Brock & Scott, PLLC, 5431 Oleander Drive, Wilmington, NC 28403-5847 |
| 32977748 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Aug 26 2026 19:45:00 | Comptroller of Maryland, 7 St Paul St, Baltimore, MD 21202 |
| 32977747 | + | EDI: CAPITALONE.COM | Aug 26 2026 23:27:00 | Capital One, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 33032937 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 26 2026 19:45:00 | Freedom Mortgage / Attn: Bankruptcy Department, 11988 Exit 5 Pkwy., Bldg. 4, Fishers, IN 46037-8022 |
| 32977750 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 26 2026 19:45:00 | Freedom Mortgage Corp., 20 Lake Center Dr, Marlton, NJ 08053-3424 |
| 32977751 | + | EDI: IRS.COM | Aug 26 2026 23:27:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 32977752 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 26 2026 19:43:50 | LVNV Funding, PO Box 10587, Greenville, SC 29603-0587 |
| 32980234 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 26 2026 19:43:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 33024643 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 26 2026 19:46:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 33047050 | *+ | Freedom Mortgage / Attn: Bankruptcy Department, 11988 Exit 5 Pkwy., Bldg. 4, Fishers, IN 46037-8022 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Leonard Spivack | andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Daniel M. Press | dan@danpress.us pressdm@gmail.com,danpress@recap.email |
| Mary Christine Maggard | christine.maggard@brockandscott.com wbecf@brockandscott.com |
| Rebecca A. Herr | ecf@ch13md.com |

TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

In re: Case No.: **25−19270 − MCR** Chapter: **13**

**Robert William Cook Jr.**
Debtor

**NOTICE OF DISMISSAL**

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 8/26/26.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 8/26/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, C Paige
410−962−4434

Form ntcdsm