United States Bankruptcy Court
District of Maryland

In re: Case No. 25-19270-MCR
Robert William Cook, Jr. Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0 User: admin Page 1 of 1
Date Rcvd: Aug 26, 2026 Form ID: pdfdbtr Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert William Cook, Jr., 17905 Laurel Run Rd. SW, Barton, MD 21521-2055 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Leonard Spivack | andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Daniel M. Press | dan@danpress.us pressdm@gmail.com,danpress@recap.email |
| Mary Christine Maggard | christine.maggard@brockandscott.com wbecf@brockandscott.com |
| Rebecca A. Herr | ecf@ch13md.com |

TOTAL: 4

Entered: August 26th, 2026

Signed: August 25th, 2026

**SO ORDERED**

On August 24, 2026, the Debtor withdrew his objection to the motion.

MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

In re: Case No.: **25–19270 – MCR** Chapter: **13**

**Robert William Cook Jr.**
Debtor

## ORDER WITH NOTICE DISMISSING CHAPTER 13 CASE ON MOTION OF CHAPTER 13 TRUSTEE FOR MATERIAL DEFAULT IN PLAN PAYMENTS AFTER CONFIRMATION AND NOTICE THAT AUTOMATIC STAY IS TERMINATED

Upon consideration of the motion to dismiss filed by the Chapter 13 Trustee, and it appearing that cause exists for this case to be dismissed pursuant to 11 U.S.C. § 1307(c) because of a material default by the debtor with respect to a term of debtor's confirmed plan and dismissal is in the best interests of creditors and the estate, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the above–captioned Chapter 13 case is DISMISSED; and it is further

ORDERED, that, to the extent the Trustee holds funds that would otherwise be returned to the Debtor, the Trustee shall first deduct and remit to the Clerk the amount of $ 0.00 for unpaid filing and administrative fees; and

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc: Debtor
Attorney for Debtor – Daniel M. Press
Case Trustee – Rebecca A. Herr

**End of Order**

15x12 (rev. 05/30/2007) – CP